# EXHIBIT A

# Bérj Beramian

Phone: (626) 720-3710
E-mail: berjb@me.com

June 23, 2018

The Honorable Judge Stephen Wilson
c/o Mr. Mark J. Werksman, Attorney at Law
888 West 6th Street, 4th Floor
Los Angeles, CA 90017

RE: VASKEN K. GOURDIKIAN

Dear Honorable Judge Stephen Wilson:

It is an honor to write a letter of character about Vasken Gourdikian. We have been great friends since my family moved to Pasadena in 1983. I can speak of Vasken's amiable personality, because, I know of him as a friend, as a family man, as a community leader, and as a dedicated police officer.

I shall focus on two of Vasken's characteristics that have always made a great impression on me. First, he is a highly loyal human being. His commitment to his wife and two sons is impressive in the manner in which he cares and provides for them. He has been happily married to his teenage sweetheart, Rubena, for over twenty-two years. Vasken and Rubena also raised two outstanding, respectable young men, Alex and Ardem, who are models of their parent's moral compass. His loyalty to his family stems from his own upbringing as well. Vasken's loyalty was also a natural fit in the police force when he joined the institution and proudly served as a public servant for twenty-four years.

Second, even though Vasken had choices and great support growing up in an affluent family, I was not the least bit surprised when he followed his passion to serve his community as a police officer. He saw police work as a rewarding career even when his parents had other career expectations of him. He has established himself as a respected figure in Pasadena and neighboring communities, because, anyone who knows Vasken knows that he is a righteous man. He makes careful, responsible choices, even with the groups of friends he has in various circles. Notably, the most humbling actions of his servitude were when he wore his police uniform while attending community events, school events, civic events, and funerals, even when he was off duty. It was always apparent to me that he treats his responsibilities as a police officer with great respect and consideration, and, if he is given the chance to continue his career, I can assure you he would be a great Chief of Police some day. In fact, it would be a waste of taxpayer money if all of the professional development invested in this gentleman were not propagated to continue to serve the people and the police force.

In summary, Vasken Gourdikian is a law-abiding citizen and a valuable asset to the community. He may not be wearing a badge today but that does not change the great impression he has made on the community and the police force through his selfless servitude.

I hope my acute observation of Vasken Gourdikian judiciously serves your consideration.

Sincerely,

Bérj Beramian.

# EXHIBIT B

Randell K. Taylor

June 28, 2018

Re:    Vasken Gourdikian

To:    The Honorable Judge Stephen Wilson

I have known Vasken Gourdikian for more than twenty years both professionally and personally, and
during that time I have watched him grow as a officer, father, husband and friend. As young officer, like
most, Vasken struggled to find his identity. Although determined and dedicated to his chosen
profession, Vasken faced the challenges of fast pace police work learning departmental rules,
regulations, city, state and federal laws. Vasken quickly excelled as a police officer, and within no time
deservingly promoting through the ranks. Although Vasken served the ranks of police officer and
corporal with merit becoming a Field Training Officer, Vice Narcotics Specialist, a SWAT Team Leader ,
Detective and Community Relations Officer, in my opinion, Vasken came into his own and began to
excel once he reached the rank of sergeant. As a sergeant, Vasken displayed great leadership skills, the
ability to teach, nurture, hold accountable, discipline and accomplish goals came easy for him. Growing
up in the city which he worked was a true benefit for both he and the organization. As a sergeant
Vasken had an immediate impact on how the city was policed and interacted with its community
members. Vasken embodied the tenants of the police department's credo, especially being fair but
firm. Vasken never let the conflicts of personal relationships get in the way or cloud his judgment when
it came to the enforcing of laws or resolving conflict. As his onetime supervisor, I notice this trait and
gained a new respect for his ability to look beyond those relationships, putting the department's and he
city's goals first.

It was during this time that I got to know Vasken on a personal level. As a minority like myself, Vasken
strived for equality, not only within the department but within the community itself. Vasken joined
several community organizations in efforts to bridge the gap between law enforcement and the
citizens which we served. He was visible and participatory in community meetings, functions and
events , always willing to help and contribute to the greater good of Pasadena. Although a benefit of
living in the community which he served, Vasken was able to balance his home life and professional life
without a problem, often time the two would interact as Vasken would be seen at a community events

with his wife and kids. Again, in my opinion, the trait of a dedicated law enforcement officer and family man.

As a Lieutenant and peer, Vassken represented the rank with class and distinction, well spoken and well dressed, he was able to carry the department's and city's message with confidence and poise. He was a trusted leader with subordinates eager to follow. Later, becoming the face of the organization, Vasken continued to strive, becoming the "go to" person for information or insight.

I was, and still am proud to have worked with Vasken, and call him my friend. Vasken made an awful mistake, one that I, for a moment do not take lightly. This isolated incident has damaged an absolutely pristine reputation and damaged the trust of those entrusted. I can only hope that you look at his entire body of work, his entire body of life and find mercy. Vasken is a fine person, a fine professional, a fine father, husband and son, and well educated. I am hoping that these attributes will be taken into consideration and put to use to help others not make the same mistake.

For your consideration and sincerely submitted,

Randell K. Taylor Lieutenant (Retired)

# EXHIBIT C

Michael Gligorijevic



Honorable Judge Wilson,

My name is Michael Gligorijevic, I am a Police Sergeant with the Pasadena Police Department, a father of two girls and happily married to Stephanie Gligorijevic of 10 years. As a police trainee, Vasken Gourdikian was the first person I ever accompanied in a police car. He was the FTO coordinator, a prestigious position within the police department allowing him to influence every new employee that joins the police department. Vasken discussed integrity and commitment to the organization and how important it was to be professional to maintain trust within our community.

His outgoing personality put him in the spot light. He promoted with cause, and was selected for a variety of high profile assignments. Vasken worked harder than the people around him and genuinely cared about the community he served. Vasken was a mentor to youth in our community while he held an executive position with the police department. My point in mentioning his rank shows he was not mentoring young for leverage during a promotion process; he unequivocally cared for our community.

Vasken demonstrated the utmost integrity working in some of the most "at risk" assignments such as, the undercover narcotics unit and the street gang task force. He did this both as a supervisor and officer. He never just got by, but instead excelled in these assignments, working diligently to protect our community from the harassing influences that sometime plagued our city.

As for my personal relationship with Vasken; I consider him a great friend. I know he would put anything aside to help me and in times of need he has always been there. His values are robust and he has raised two wonderful sons. I only fail to name them by name because this is going to a record of the court. I have attended private and family/friend events with Vasken, he keeps good company and I never felt compromised with Vasken.

Vasken, as well as many other friends and colleagues were shaken to the core when the news surrounding this investigation was revealed. Vasken may have made a mistake regarding these allegations, but there was no malice routed in any of the allegations. As a weapons instructor, I myself have found it difficult to understand and keep current with certain weapons laws in California, which seem to change yearly.

From my knowledge of Vasken, he would never deliberately break the law. This is a case of circumstances, and Vasken's character should be taken into consideration when finalizing a decision regarding this matter.

I trust Vasken and believe if the facts support the allegations in this matter, it was an error of the mind and not of the heart. Vasken is trustworthy, honorable, and it is all too easy to vilify an honorable man in this current social environment.  I hope my words assist in your deliberation and judgement regarding Vasken.

Michael Gligorijevic

# EXHIBIT D

*Law Offices of*

## ALAN B. SNITZER
A PROFESSIONAL CORPORATION

ALAN B. SNITZER*

CYNTHIA L. COLLINS*

*CERTIFIED SPECIALIST, WORKERS' COMPENSATION LAW
THE STATE BAR OF CALIFORNIA, BOARD OF LEGAL SPECIALIZATION

2 NORTH LAKE AVENUE, SUITE 880
PASADENA, CALIFORNIA 91101-1858
TELEPHONE (626) 449-4300
FAX (626) 449-0830

MATTHEW L. BARTHOLOMEW
RONALD E. STEENSLAND
MARK L. WARREN
STEVEN E. WEITZ
OF COUNSEL

www.InjuredPublicSafetyWorkers.com

September 13, 2018

The Honorable Stephen V. Wilson
United States District Judge
CENTRAL DISTRICT OF CALIFORNIA

        Re:   Vasken K. Gourdikian
              Character Reference

Dear Judge Wilson:

Please accept this letter as a character reference for Mr. Vasken K. Gourdikian, who will be coming before you for sentencing in the near future on his guilty plea to two Federal firearms violations.

I currently represent Mr. Gourdikian as a claimant in a workers' compensation proceeding before the Workers' Compensation Appeals Board of the State of California, and although he has been my client for only about the last half year, I have known him for several years, while he was employed as a lieutenant by the Pasadena Police Department.

By way of background, I have been a licensed California attorney for forty (40) years, and have always been in good standing with the State Bar of California. I am also admitted to practice before the Central District of California and the Ninth Circuit Court of Appeals.

I am a longtime member of the Board of Directors of the California Applicants' Attorneys Association [the claimants' workers' compensation statewide bar], although this letter is written in my capacity as a private attorney. I have been rated "AV-Preeminent" by Martindale Hubbell for the last 20 years. I have been deemed a "certified specialist" in workers' compensation law, by the State Bar of California.

The Honorable Stephen V. Wilson
United States District Judge
CENTRAL DISTRICT OF CALIFORNIA
September 13, 2018
PAGE TWO

---

Since 1990, my practice has been strictly limited to representing injured police officers, sheriff's deputies, firefighters and other sworn, public safety personnel, in their workers' compensation claims, as well as handling plaintiff personal injury litigation, 80% of which is for our injured officers.

I have been informed by the City of Los Angeles that our office is one of the top three law firms in the greater Los Angeles area, representing Los Angeles Police Department officers who are injured or killed in the line of duty, who retain counsel.

I have also been told by the City of Pasadena that my office represents about 90% of their injured police officers and firefighters who obtain legal representation, for workers' compensation and Industrial Disability Retirement claims.

We have represented probably well over 4,000 sworn public safety officers from over 60 public safety agencies across Southern California and beyond, at the state, county and local levels, over my lengthy career.

As such, I believe I have a very deep understanding of the typical mentality and character of police officers and other sworn public safety personnel in general.

As Your Honor is aware, Mr. Gourdikian served as a sworn Pasadena police officer for approximately 24 years before resigning earlier this year as a result of the instant Federal case. He reached the rank of lieutenant, and in fact, was the adjutant to the Chief of Police at that time, Phillip Sanchez, and also served as the Department's spokesperson.

Prior to that, Mr. Gourdikian had served in virtually every specialized unit in the Pasadena Police Department, including patrol, detectives, 6 years in SWAT (known here as "Special Enforcement Section"), motorcycles, and other units. He was the Community Relations lieutenant. He worked in Internal Affairs for almost 6 months.

The Honorable Stephen V. Wilson
United States District Judge
CENTRAL DISTRICT OF CALIFORNIA
September 13, 2018
PAGE THREE

Having represented probably close to 100 Pasadena Police Officers
over the last 3 decades, and being acutely aware of the reputations
of the various officers and supervisors (which are usually well
known in a small department like Pasadena Police Department), I can
unequivocally state to the Court that Mr. Gourdikian was held in
the highest esteem and regard by his fellow officers, subordinates,
and supervisors.

He was, in fact, considered a "rising star" in the Department, and
many local observers (myself included) were of the firm belief that
he was on track to eventually become Chief of Police, had this
unfortunate activity not derailed his career and resulted in him
being a convicted felon.

In fact, being an admitted "police nut" who for many years had
listened to the police radio traffic on a scanner, I heard, first-
hand, Mr. Gourdikian many hundreds of times "on the air," while out
in the field, doing front line police work as an officer, and later
a sergeant, and lieutenant.

He was affectionately nicknamed "Gordy" by his fellow officers, on
the police radio.  He was quick to respond to any emergency call
that came out, and was often first on scene, even as a patrol
supervisor.  His first and only mission was always public safety.

He was also, for many years, involved in the Police Activities
League (PAL), a wonderful program of the Pasadena Police Department
to divert at-risk youth, from lives of crime and gang activity, to
productive paths towards athletics and community leadership.    I
have supported this foundation in the past myself.    Not only was
Mr. Gourdikian the PAL Director for a time, but he helped raise
over $200,000.00 in community donations for this worthy cause over
three years.

I know, not only from my talks with Mr. Gourdikian over the years,
but also observing his activities as a police officer and
supervisor, and most importantly by hearing high praise from his
fellow officers who are also my clients, that this gentleman spent
his entire, adult working life protecting and serving the citizens
of Pasadena, and it was far more than a "job" to him; it was truly
his "calling" in life.

The Honorable Stephen V. Wilson
United States District Judge
CENTRAL DISTRICT OF CALIFORNIA
September 13, 2018
PAGE FOUR

---

I have discussed the current criminal Federal case against Mr. Gourdikian, with him, to a limited extent, and although I do not represent him in that matter, myself, I feel I can divulge to the Court that he is now aware that he used very poor judgement in engaging in the firearms issues to the extent that he did; as a result, he has not only forfeited probably around $50,000.00 in firearms that the Government will retain, but he has lost his job; his reputation; and most likely, his freedom to some extent.

Fortunately, he has a very strong family support system, as well as the support of his friends and colleagues, but he will have to begin his life anew (especially if he serves any Federal prison time), with the added burden of being a convicted Federal felon, with the loss of certain civil rights that is entailed by that status.

I am generally aware of the terms of the Plea Agreement reached between Mr. Gourdikian and the Government, and as I understand it, he could face a term of up to 15 years in prison, although the Assistant United States Attorney has agreed to recommend a term of 30 months, with no required "minimum" term. The Court, of course, will ultimately make this decision.

I would submit to The Court that no benefit will come of incarcerating this man, who has lost virtually everything as a result of his admitted violations of law and poor judgement, but who worked very hard to protect the public for nearly 2½ decades - placing his life on the line every day he went to work - and who has already lost a well-paying career with what might have been a very bright future, as well as tens of thousands of dollars of forfeited personal property, i.e., the firearms.

I would also submit to Your Honor that this is a very unusual case, where a criminal defendant coming before the Court has had a storied career in law enforcement, having served the community honorably and with dedication, these many years, but who also must now reckon with the consequences of his misconduct.

I strongly believe that if there was ever a case that warranted a merciful sentence (such as, perhaps, a period of house arrest followed by supervised probation for a reasonable period of time), this is such a case.

The Honorable Stephen V. Wilson
United States District Judge
CENTRAL DISTRICT OF CALIFORNIA
September 13, 2018
PAGE FOUR
_____

I very much appreciate The Court's time and consideration in
reviewing this letter and in affording Mr. Gourdikian the balanced
approached to justice that I believe this case merits.

                        Very respectfully yours,

                        LAW OFFICES OF ALAN B. SNITZER
                        A PROFESSIONAL CORPORATION

                        ALAN B. SNITZER

ABS:am

# EXHIBIT E

Roubina Gourdikian

June 25, 2018

Honorable Judge Stephen Wilson
First Street Courthouse
350 W. 1st Street
Courtroom 10A, 10th Floor
Los Angeles, CA 90012

Dear Honorable Judge Stephen Wilson,

At the age of 14, I met the man who would be the love of my life for over 30 years. Vasken was born in Pasadena and we met at St Gregory Church in 1984. At this young age, Vasken told me he will become a police officer one day and marry me. I didn't think much of this statement until we started dating in high school. On several occasions, while on dates, Vasken would pull over to help stranded cars and people in need. I soon realized he had a calling and a purpose in life to help others.

For the 22 years we have been married, Vasken has sacrificed his family time, holidays, special occasions, and his own vacation time to help others. The Pasadena Police Department knew Vasken would never object to being called to a crime scene in the middle of the night and they always relied on him to cover for other officers. I was always surprised how he can function so well with such little sleep but it was his passion for the job that kept him going. He was definitely the "go to" person in the department and, to my disapproval at times, did not use a single sick day off in 24 years.

I witnessed many divorces in the police department due to the lack of time spent with families. Our commitment and love to our marriage never faltered because Vasken focused on the quality of the time he spent with us rather than the quantity of the time. I will be forever grateful that Vasken worked so hard at the police department to give me the opportunity to be a stay-at-home mom while raising our two beautiful boys.

In addition to his full schedule, Vasken volunteered his time by serving on the board of many non-profit organizations in our community. He was asked to mentor a 13 year-old at-risk youth through the Pasadena Police Department which Vasken lovingly accepted. Joseph did not have any parents and did not have the guidance to make right decisions in his life and school. Vasken stood by him for eight years through Joseph's trials and tribulations and made sure he was placed in a loving home and the right high school. One of our fondest memories was for our family to be present at Joseph's high school graduation. Joseph continues to be part of our life and has a solid job with a security firm.

Around three years ago, I noticed my husband had started to collect guns as a hobby. Of course, as a mother with teenage boys, I disapproved of having weapons in the home. To appease me, Vasken bought a large safe to store these weapons. Within a year, I noticed that my husband's passion for guns had become an obsession. He got so much joy from buying new guns and adding to his vast collection which I never understood. Although I objected to his obsessive hobby many times, I noticed it was his outlet for day-to-day work stress. He was working almost seven days a week and this hobby was a form of relaxation for him.

I hope you get a chance to meet Vasken one day outside the court house. He is the most loyal, honest, and caring person you will ever meet. He is such a wonderful husband and amazing father to our two teenage sons, who are just like their father in their will to serve others. I fell in love with him for the righteous values he embodied and continues to embody until today. He gives 110% person to each one of his family members and friends. He is absolutely loved by our whole community and not one of them waivered in their support throughout this terrible ordeal.

I was diagnosed with Graves Disease 5 years ago which affected my immune system and eye sight. My husband has stood by me through my roller coaster of emotions and has been a pillar of support in order for me to be in remission of this horrible disease. My endocrinologist has emphasized that my life has to be stress free in order to be in complete remission. Although I do not blame husband for this disease since it happened well before he started his gun hobby, I will need him to continue to support me as I deal with orbital decompression surgery for my eyes.

I hope you can discover the real Vasken through these words and realize he had absolutely no intent to operate a gun business. The sheer truth is that he had a passion and a hobby to create a collection of guns for himself. I graciously ask for your leniency in this case so Vasken can continue to support his family and continue to make the positive impact on the community that he always has.

With gratitude,

Roubina Gourdikian

# EXHIBIT F

July 13, 2018

To the Honorable Judge Stephen Wilson:

My name is Christopher Gutierrez and I worked with Vasken Gourdikian for over twenty years.  The reason for my letter is to explain to you that Mr. Gourdikian is a family man, a friend and overall someone that I trust.  He has never given me reason to mistrust him or give pause to anything that he has done.

I do not know all the details surrounding his case, what I do know is the day of his exit interview from the Pasadena Police Department he personally went around the department and spoke to people, when I met with him he was truly ashamed and made a very humbling statement.  He said that he would give anything in the world just to be back in uniform as a regular police officer.

On a personal level, as I stated above he is a genuine family man and he is completely embarrassed for his family and extended family (friends and relatives) from this outcome.  I respectfully ask for your compassion during this process

Chris Gutierrez

# EXHIBIT G

November 1, 2018

The Honorable Judge Stephen Wilson
First Street Courthouse
350 W. 1st Street
Courtroom 10A, 10th Floor
Los Angeles, CA 90012

Dear Judge Wilson,

I am writing to you on behalf of retired Pasadena Police Lieutenant, Vasken Gourdikian. I currently serve as the Executive Vice President for WPIC Construction, LLC located in the San Gabriel Valley and operating throughout the greater Los Angeles area. I was first introduced to Vasken a few years ago while he was still employed as a Police Officer in Pasadena. I recall being impressed by Vasken's good natured demeanor and professional conduct as I was attending an event for the Police Department. I have become re-introduced to Vasken as he is currently an employee of WPIC Construction, serving as Assistant Project Manager and I am his direct supervisor.

I know of Vasken's current situation and the predicament that he finds himself in. To his credit, he has been completely transparent and upfront since he first began working for the company. He told me of the circumstances surrounding his indictment and later his plea of guilty which he recently entered before you and the court. Vasken has displayed sincere remorse when telling me of the charges he is facing and at one point he thought of resigning due to the level of publicity he garnered with the media. I strongly discouraged him from doing so, but nonetheless, I appreciated the selfless gesture.

Vasken has been working for our organization since July of this year and he has acclimated without difficulty. He possesses a strong work ethic, and a wide breadth of knowledge, as it pertains to leadership, supervising personnel, and working in teams. Needless to say, he was able to adapt to an entirely new career without much difficulty. Vasken is an integral part of our organization and I rely upon him heavily to accomplish our goals. He is well poised to further himself within our organization and he is well liked and respected by his peers.

I understand that Vasken will be appearing before you in February of 2019 for sentencing. I have learned that Vasken and his family have been impacted financially, emotionally and embarrassed publicly. Yet, amidst all of this, he remains dedicated to our company, and laser focused on learning this new career he finds himself in. Selfishly, I would ask that you treat Vasken with leniency as I rely on him heavily. However, I also believe that he has suffered a great loss, and in the process, has learned a valuable life lesson. I have also met his wife, Roubina, and I know him to be a devoted husband, and father to his two sons. I am impressed that Vasken has found the courage to move on and continue to support his family despite the challenges he is facing.

Your Honor, I am hopeful that my letter will serve as insight into the man that Vasken is today. I am asking for leniency on his behalf, but also on the behalf of his family. Any further punishment will only serve to impact his family and therefore, I humbly ask that you not incarcerate him.

I sincerely appreciate your consideration.

Respectfully,

George Cummings
Executive Vice President
WPIC Construction, LLC
Mobile: (626) 319-9101

# EXHIBIT H



**Jordan C. Hayes**

June 29, 2018

The Honorable Judge Stephen Wilson
First Street Courthouse
350 West First Street
Courtroom 10A, 10th Floor
Los Angeles, California 90012

Dear Judge Wilson,

I am writing to provide some thoughts on my friend Vasken Gourdikian and the quality of his character.

I have known Vasken for over 12 years; we first met when our kids entered school in Kindergarten. He & I have enjoyed many fun experiences over the years involving our children & families, from Cub Scout camping trips to youth sports (*the* highlight of our years in Cub Scouts was when Vasken arranged our Den to visit the helipad on top of the Pasadena Police Department). And over the years, while our kids have gone in different directions, we have maintained our friendship.

As brief background, Vasken & I have never discussed politics or the topic of gun control. In full disclosure, I am a strong advocate of laws to reduce gun ownership. So I have conflicting feelings about Vasken's current predicament: while gun laws are essential to the safety of our society, on a personal level I know that Vasken is an extremely high-caliber individual. He demonstrated poor judgment, but this is not who Vasken Gourdikian is. In fact, for those who know him like I do, we think of him as the exact opposite of this ordeal: as someone who is ethical and uses sound judgement for the benefit of others.

I'll be very candid about Vasken's true character: he's a wonderful friend and an authentic human being. You see what you get with him. He has high-integrity and a positive presence in the community. He epitomizes the "family man:" his single most important priority has always been his family, and he's enormously proud of his wife Roubina and their two sons, Alexander & Ardem. Vasken is active in everything in the community related to his boys. In his professional life, Vasken fits the central casting image of a police officer: a strong voice and sense of right & wrong; sound judgement; a leader; hard-working; and a willingness to act. He's proud of his record of service. And personally, he's a rock-solid friend: sincere, quick to laugh (including at himself), fun, loyal, and reliable.

While I have never written a letter of this nature before, it's not difficult to express my strong feelings about Vasken. There are good & bad people out there, and Vasken is solidly in the good camp. I, and those that have known him, were shocked when we heard the legal trouble in which he now finds himself. His nature is to take full responsibility for his actions, and I'm quite sure he is contrite. Knowing Vasken, this harrowing experience will only make him a better person.

I hope this letter provides insight into Vasken and helps with your judgement.

With best regards,

Jordan C. Hayes

# EXHIBIT I

Robert Gaudet

██████████████████

626.422.9668
rjgaudet@roadrunner.com

July 9, 2018

Honorable Judge Stephen Wilson:

Vasken Gourdikian has been my friend since 1994. I met him while attending Rio Hondo Police
Academy where we were both recruits for the Pasadena Police Department. Early in our
careers we worked side by side for 3 years in patrol and 2 years in vice/narcotics. I was later
supervised by him when he was my sergeant in the Traffic Section. During these years I got to
know and respect him as a loyal friend, hard and dedicated worker, family man and community
leader.

I have an enormous amount of trust in Vasken both as a person and a co-worker. I've always
considered him as being a person of integrity who makes good decisions based on what is right.
He was extremely dedicated to his profession, second only to his family. I have often seen him
staying late, after hours on his own time. He has volunteered his time being a mentor to
underprivileged youth in the Pasadena community.

Vasken has a very outgoing personality. He is easy to talk to and makes friends easily. He is
well liked by most who meet and get to know him. He is kind, respectful and treats people
fairly. He has always been active and well respected in his community.

Vasken is a faithful husband with a strong marriage to his amazing wife. They have raised 2
exceptional sons, who are polite, respectful, good students with bright futures ahead of them. I
know Vasken's influence and example played a huge role instilling these values in them.

The position that Vasken is currently in is one that he accepts full responsibility for. He regrets
that he placed himself in this situation. He has expressed these feelings to me and is
embarrassed by the negative attention he has placed on the Pasadena Police Department and
the City of Pasadena.

I don't believe that Vasken was knowingly committing a crime. He would never intentionally
jeopardize his or his family's future or reputation. His judgment was bad. He willingly admits
this and accepts that he made a mistake which has had devastating consequences for him.

Vasken honorably served the City of Pasadena for over 22 years and had great possibilities of
future advancement before this incident. He has been humbled by his indiscretion, accepting
the consequences for his actions. Please consider Vasken's positive contributions and his

service prior to this incident as well as his remorse and acceptance of responsibility in determining your decision.

Thank you,

Robert Gaudet

# EXHIBIT J



June 28, 2018

The Honorable Judge Stephen Wilson

Re: Vasken Gourdikian

Your Honor,

I am writing today concerning Vasken Gourdikian. I am a resident of Pasadena, and the father of three daughters. My wife Lisa and I have been close personal friends of Vasken and his family for the past 13 years. I hold my own friendship with Vasken very highly as he is one of my closest and most reliable friends. As such I believe in my understanding of his character.

Like others, it's been challenging to square the charges he's facing with the man that I know well. Though I do not share an interest in guns, I saw how deeply interested in them he was – as an enthusiastic hobbyist and increasingly zealous collector – and I continue to believe that was the framework for the decisions he made.

I would like to touch on Vasken's character in three areas – as parent, as friend, and as community member.

I know no father who surpasses the consistency that Vasken demonstrates in raising his two sons. I've seen them grow from small boys to men, and they share the moral character that I know their father has. He has been a strict role model for them, demonstrating respect to adults, friends and family. Perhaps the most difficult result of this situation for Vasken has been the impact his actions have had on that code of character he has taught them throughout their lives. I know he has faced things transparently with them – and used the situation as a means to further teach them.

Vasken's friendship is consistent with the balance of his character. He is a genuine friend – selfless and loyal – and that friendship has easily developed into something more like family than friend. I love him as I do my own brother, which doesn't prevent me from reflecting critically on his situation.

As a member of the community, Vasken has always contributed more than most. From his public involvement in the community – the PAL organization being one small example, to the more private things he has done – he has lived a life consistent with his character. Perhaps the most impactful contribution he's making involves a now adult orphan from the community. From grade school through him earning a GED, and now as an adult, Vasken was the primary adult in his life. Vasken, leading by example and assisting him as necessary, has helped this young man secure work, housing, and transportation and learning to live independently and away from trouble. He continues with that to this day and in my mind, this is perhaps the clearest example of his continuing and consistent character.

I would like to conclude by saying there are few people in my life who have demonstrated the character that Vasken has. I believe him to be the man of the reputation that many know.

With much respect,

Mike Burke

# EXHIBIT K

DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
FREDRIC W. TRESTER
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
BRIAN T. MOSS *
JEFFREY M. LENKOV
MARGUERITE L. JONAK *
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
SHARI L. ROSENTHAL
EUGENE J. EGAN
CLIFFORD A. CLANCEY
RINAT B. KLIER-ERLICH
ROBERT B. ZELMS †
R. ADAM ELLISON
SCOTT WM. DAVENPORT
JASON J. MOLNAR *
DAVID V. ROTH
JENNIFER L. SUPMAN
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES E. GIBBONS
DANIEL B. HERBERT *
MARK A. HAGOPIAN
SUZIE ZACHAR IRWIN †
DONALD R. DAY *
D. HIEP TRUONG
MICHAEL A. WEISMANTEL
JANET D. JOHN *
JOHN M. HOCHHAUSLER
ANTHONY S. VITAGLIANO†
KEVIN H. LOUTH
SHARON S. JEFFREY
KEITH RICKER †
JOHN M. COWDEN*
DAVID R. REEDER*
TOBY D. BUCHANAN

LADELL H. MUHLESTEIN
SEAN D. COBB
RICHARD G. GARCIA
DEBORA VERDIER †
JEANETTE DIXON
KENNETH S. KAWABATA
STEVEN AMUNDSON*
RICHARD MACK †
PAUL HANNA
TONY M. SAIN
MARILYN R.VICTOR*
MARTIN HOLLY
MINAS SAMUELIAN
MATTHEW P. NOEL
LALO GARCIA
GENE W. LEE
CHRISTOPHER DATOMI
ANTHONY CANNIZZO
GARY POPHAM JR.
MAIJA OLIVIA
JONATHAN J. LABRUM *
JONATHON D. SAYRE
KAREN LIAO
ANDY J. SEMOTIUK *
JULIE M. FLEMING
ROBERT E. MURPHY *
NINA RICCI FRANCISCO
DONALD R. BECK
FRANK M. LaFLEUR
ROBERT P. WARGO*
SCOTT A. ALLES †
MAHASTI KASHEFI
LISA WONG
DONALD APPLEGATE
HEATHER M. ANTONIE
JASON J. DOSHI
ZUBIN FARINPOUR
LAURA McADAMS
GRETHCHEN COLLIN
RODRIGO J. BOZOGHLIAN
ANGELA M. POWELL
D. ROCKEY GOODELL III *
JENIFER WALLIS*

MATTHEW K. KEARL
WFTON BERGIN
MARINE KVANES
ERIK BABAKHANIAN
ADAM ROEHRICK
TONYA N. MORA
EMILY EDWARDS
JESI WOLNIK
FATIMA BADREDDINE
DANIEL SULLIVAN
HILA GOLCHET
MARYAM MALEKI
MICHAEL COOPER
PAUL MITTELSTADT
NICOLE THRELKEL
A. FOSTER SHI
MAE ALBERTO
CATHERINE BARNARD
MICHAEL KVYAT
BRIAN SMITH
GREGORY LEWIS
JUDSON H. PRICE
JOHN STANLEY
JORDON FERGUSON *
PAUL HARSHAW
VICTORIA KAJO
ANDREA KREVNLAU
ARA BAGHDASSARIAN
ANTHONY WERBIN
MICHAEL WATTS
TRISHA NEWMAN
NISHAN WILDE
LYNN CARPENTER
JEFFREY FISHKIN
LYNELL D.DAVIS
DAVID R.RUIZ
NATALYA VASYUK
JESSICA ROSEN
ANDREEA CUSTUREA
NATHAN GROSCH
LINNA LOANKUOTE
KAVEH HOSSEINI
ASHLEY ROLAND

DERIK SARKESIANS
SUZANNE PENG
DANIEL DORN
KATHERINE AGBAYANI
MARK WILSON
JENNY PAK
ELIZABETH HANDELIN
CRAIG SMITH
KARLY K. WHITE
MATTHEW P. OPPEN
GARRICK P. VANDERFIN
ALEXANDRA RAMBIS
SHAWHEEN SHAFIZADEH
KELSEY NICOLAISEN
ASHTON McKINNON
FAROUK MANSOUR
KIRSTEN BROWN
ROBERT DAVIS
JOSEPH CORIATY
NATALIE ORTIZ
JAMILEH HAWATMEH
JEFFREY TSAO
ERIN N. COLLINS
JESSICA SPINOLA
ROBERT W. LAWTON
TIFFANY HENDERSON
JONATHAN HACK
DAVID BREITBURG
EMILY ELLSE
LAWTON JACKSON
TODD LEZON
RICK MARTIN
JEAN CHA
JEFFREY KORN
CURTIS GOLE
RICK MARTIN
ERIC WAHRBURG
KIMBERLY OFFENBACHER
CAROL TREASURE

OF COUNSEL
ARI MARKOW

*  Admitted in Multiple Jurisdiction
†  Admitted to Practice Law in
   Arizona only
‡  Admitted to Practice Law in

# MANNING & KASS
## ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MANNINGLLP.COM

June 20, 2018

Honorable Judge Stephen V. Wilson
First Street Courthouse
350 W. 1st Street, Courtroom 10A, 10th Fl.
Los Angeles, CA 90012

Re:   Lieutenant Vasken Gourdikian

Dear Judge Wilson:

I write this letter in support of my very dear friend, Lieutenant Vasken Gourdikian, whose character and moral compass, in my experience, are unmatched.

Lieutenant Gourdikian's dedication to, and love for, his profession as a Pasadena Police officer were palpable, but I will leave that discussion to the countless others who I am sure will support that fact. I can say though that I personally witnessed his heartbreak when he had to give up the role that largely defined him, and it was heartbreaking to me as well.

My personal knowledge of Lieutenant Gourdikian's character is based on witnessing his role in helping shepherd his and my son through Boy Scouts, both achieving the rank of Eagle. Lieutenant Gourdikian served as the voice of "right and wrong" for the troop, always steering the boys to make the correct decision. Among the many examples of this over the years, Lieutenant Gourdikian regularly volunteered his time to speak to all the scouts about the dangers of drugs and alcohol, which I am certain helped many of the boys make better decisions than they otherwise would have. Both of my sons are aware of the situation for which I have the honor of writing this letter, and both remain steadfast in their belief that Lieutenant Gourdikian's position on matters of honesty and ethics, is gospel for them.

DALLAS
1717 McKinney Ave., Suite 700
Dallas, TX 75202-1241
Telephone: (214) 953-7669

NEW YORK
One Battery Park Plaza, 4th Floor
New York, NY 10004
Telephone: (212) 858-7769

ORANGE COUNTY
19800 MacArthur Blvd, Suite 900
Irvine, CA 92612
Telephone: (949) 440-6690

PHOENIX
3636 North Central Avenue, 11th
Floor
Phoenix, AZ 85012
Telephone: (602) 313-5469

SAN DIEGO
225 Broadway, Suite 1200
San Diego, CA 92101
Telephone: (619) 515-0269

SAN FRANCISCO
333 Bush Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 217-6990

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

Re:   **Honorable Judge Stephen V. Wilson**
June 20, 2018
Page 2


     Lieutenant Gourdikian is one of the most honorable and giving people I have known in 56 years, and I very much hope that the resolution of this matter will reflect his immense character.

               Very truly yours,

               **MANNING & KASS**
               **ELLROD, RAMIREZ, TRESTER LLP**

               Eugene J. Egan, Esq.


EJE/bfl

# EXHIBIT L

Mark B. Goodman



June 21, 2018

The Honorable Judge Stephen V. Wilson

United States District Court – Central District of California

350 W. 1st Street, Courtroom 10A, 10th Floor

Los Angeles, CA 90012

Your Honor,

    I am writing this letter on behalf of Mr. Vasken K. Gourdikian, whose case is before you. I have known Mr. Gourdikian and his family for 25 years. Mr. Gourdikian is a man of impeccable character and integrity. I can personally attest to this, as Mr. Gourdikian and I served together at the Pasadena Police Department. During that time, Mr. Gourdikian honorably served the Pasadena community and positively contributed to the quality of life for those who live and work in Pasadena and the surrounding area. Additionally, Mr. Gourdikian was deeply involved in the community and served as a youth mentor. I know specifically of at least one young man whose life was forever changed in a positive way by Mr. Gourdikian.

    My interactions with Mr. Gourdikian were not limited to our professional careers. Mr. Gourdikian and I have spent countless hours together in our personal lives and those of our respective families. I trust Mr. Gourdikian as I would a member of my own family and without hesitation would entrust him with my own life. In fact, I did this many times in our daily duties as police officers working in areas plagued by violence associated with the scourges of drugs and gangs.

    I pray that in the disposition of Mr. Gourdikian's case you are able to take into consideration his high moral character, integrity, and the selfless service he gave to the Pasadena community. Please do not hesitate to contact me with any questions. I am glad to provide additional information if called upon to do so.

Sincerely,

Mark B. Goodman

# EXHIBIT M



# AGBU
ARMENIAN GENERAL BENEVOLENT UNION
**WESTERN DISTRICT**

June 25, 2018

The Honorable Judge Stephen Wilson:
c/o
Mark J. Werksman, Attorney at Law
888 West 6th Street, 4th Floor
Los Angeles, CA 90017

Dear Judge Wilson:

I write this letter as the Chair of AGBU Western District. AGBU is the largest Armenian non-profit established in 1906. I was appointed as the Chair of the Western District of AGBU in 2015, along with the appointment came the privilege of picking a 9-person Board. My first phone call was to Vasken Gourdikian. Mr. Gourdikian, despite being heavily committed in his work and other community organizations, did not hesitate to accept.

I have never regretted my decision. Mr. Gourdikian has been an invaluable asset to the Board, always volunteering for the tasks which few would. He personally took on the management of GenerationNext, AGBU's program established to assist at risk youth. He devoted countless hours to this program, ranging from budgeting to transporting furniture. No job was too large or too small for Mr. Gourdikian. He is humble, down to earth and absolutely without ego, rare in our society today. He is also honest, trustworthy and compassionate.

Several months ago, Mr. Gourdikian resigned his position. His resignation was against my personal wishes and despite my protests to the contrary. His loss is very much felt by the entire Board.

I sincerely hope that the foregoing is considered in making any decisions affecting Mr. Gourdikian.

If I can be of any assistance in this regard, I am available.

Very truly yours,

Talin V. Yacoubian
AGBU Western District Chair

**The Armenian General Benevolent Union is a tax-exempt organization under 501(c)(3)**
**Of the U.S. Internal Revenue Code /EIN 13-5600421**

**ARMENIAN GENERAL BENEVOLENT UNION** | ՀԱՑԿԱԿԱՆ ԲԱՐԵԳՈՐԾԱԿԱՆ ԸՆԴՀԱՆՈՒՐ ՄԻՈՒԹԻՒՆ

2495 East Mountain Street, Pasadena, California 91104, U.S.A. | T: 626-794-7942 | F: 626-794-7942
info@agbuca.org | WWW.AGBUWDC.ORG

# EXHIBIT N



**ARMENIAN
LIGHTHOUSE
CHARITABLE
FOUNDATION**

July 15, 2018

To the Honorable Judge Stephen Wilson:

I am Seta Ghazarian, founder of the Armenian Lighthouse Charitable Foundation (ALCF). I am writing to you regarding Mr. Vasken Gourdikian. I have had the pleasure of knowing Vasken Gourdikian and his family and have nothing but positive things to say about his integrity and care. He has volunteered for our foundation multiple times over the years. He has visited our shelter overseas and showed great care and concern for our residents.

My experience of him has always been positive. He is a man of truth, honesty and integrity and his commitment to family is admirable.

In summary, I consider Vasken Gourdikian a trusted friend of ALCF.

Sincerely,

Seta Ghazarian
Founder

P.O.Box 3595, Seal Beach, Ca 90740, USA
USA phone # 562-598-8025
E-mail: armenianlighthouse@gmail.com
www.armenianlighthouse.org

ՀՀ, 1145 Արմավիրի մարզ, գ. Պտղունք, Վարդանանց 1
Vardanants 1, v. Ptghunk, Armavir Region, 1145, RA
Հեռ./Tel. +37491 32-78-34; +37498 57-01-81

# EXHIBIT O

July 5, 2018

Re: Mr. Vasken Gourdikian

Honorable Judge Stephen Wilson,

I respectfully write the court with regard to the character of Mr. Vasken Gourdikian. Mr. Gourdikian was previously employed as a law enforcement officer for many year. During the past twenty year, I have had the pleasure of working with him. While he now stands accountable for his actions related to his case before the Honorable Judge Wilson, it may be of some value to know that he has been a kind and faithful member of the Pasadena community which he served and lived in for most of his life with his wife, two sons and extended family.

I have seen Mr. Gourdikian do a lot of good in this community, serving as a key figure in raising funds for a number of worthy social causes, to include support of youth programs that served under privileged grade school children and their families. Moreover, he has stood side by side with clergy and other local organizations in support of scholarship programs for college bound students and has been active with his children in their growth and development through Scouting and Music.

His commitment to the community and family has made a difference in the lives of many people, which speaks to his good character and concern for others. The situation that he faces today before the court has impressed upon him the need to reflect on his past decisions and he has been humbled. I trust that Mr. Gourdikian remains true to his family and community values and has grown from this experience. I have faith in his commitment to self-improvement, a greater sense of awareness and respect for the law and the capacity and desire to continue to be a productive member of the community.

Respectfully,

Ed Calatayud, III
Police Commander

# EXHIBIT P



**MHP**

EVENT COORDINATORS

*Don't Worry...We Will.*

**July 12, 2018**

**The Honorable Judge Stephen Wilson**
c/o Mark J. Werksman, Attorney at Law
888 West 6th Street, 4th Floor
Los Angeles, Ca. 90017

Your Honor,

I am writing on behalf of Vasken Gourdikian who is due before you in Court.
Vasken is a loving husband, father, friend and officer. I am award of the criminal
nature of the offense Vasken is accused of, and I am not making any excuses
for that behavior. I am a long time friend (elementary school) and a colleague
and I can only say that he has always been a loyal and hardworking person. I
personally worked with him with the Pasadena Police Activities League (PAL).
This is an afterschool program run by the department and Lt. Vasken Gourdikian
oversaw this program for several years. He was very dedicated to the program
and the youth of the Pasadena community. He was instrumental in helping the
board raise funds for the program and creating new and unique opportunities for
the kids. He was committed to his fellow officers, always offering assistance and
helping them make the most of their careers. I have never seen any intent from
Vasken to participate in illegal activity.

Vasken has expressed a deep and consistent remorse for his actions on multiple
occasions to me. He has shown commitment by seeing a therapist to help
understand his actions so that he can behave in accordance to the laws of our
community that he so ardently believes in. I would be so grateful if he had the
opportunity to return to being an outstanding member of this community.

Thank you for your time. Please feel free to contact me any time at 626-806-8159.

Sincerely,

Jill Hawkins

# EXHIBIT Q

Maral Pigeon, Pharm.D.

July 5, 2018

To The Honorable Judge Stephen Wilson

Dear Judge Wilson:

My name is Maral and I am Vasken's cousin and have known him for most of his life. When my siblings and I moved to the United States, we lived with my uncle's family for several years. I got to know Vasken as a brother and I vouch for his moral character.

Vasken grew up in a close knit family and community. He was raised to respect people and care for those less fortunate than him. He chose law enforcement as a career out of his desire for service to the community at large. He was a proud police officer and served the Pasadena community as well as the Armenian community of Southern California. He gave talks at church luncheons about public safety issues. He spoke on many occasions to students at local schools regarding the police department as well as careers in law enforcement.

Vasken has always been dedicated to the well-being of others. Not only has he been a great son, husband, father, and friend and 'family man' but he has chosen to mentor youth in his community. I have met Joseph, a young man whom Vasken has been mentoring for the past few years and seen the positive effect that relationship has had on Joseph. Vasken has also served on the boards of charitable organizations. He held board positions on Armenian American Middle East Club for several years and continues to be involved in activities that bring Armenian families together.

The past year and a half has been very difficult for Vasken. This case has taken a psychological toll on him and is affecting his health.

Few people contribute to the community to the extent that Vasken does. Vasken is a man of character. I ask that you review his case with compassion.

Sincerely,

Maral Pigeon

# EXHIBIT R

July 12, 2018

Honorable Judge Stephen Wilson
c/o Mr. Mark J. Werksman, (Attorney at law)
888 West 6th street, 4th floor
Los Angeles, Ca. 90017

"I am writing this letter on behalf of Pasadena Armenian Police Advisory Council (PAPAC). We are a non-profit organization comprised of representatives from local Armenian Churches, Schools, Community, Organizations, and Businesses. Our purpose is to bring about a constructive relationship between the Pasadena Police Department and the Armenian Community, addressing issues of Law Enforcement and Community Needs.

Lt. Vasken Gourdikian has been the chief liaison between the police department and PAPAC since the early 2000s, serving us voluntarily for the last 15+ years. He was extremely knowledgeable and diligent in his work, and as far as the purposes of our committee, he has displayed respectful and honorable conduct. He has done tremendous work connecting the Pasadena Police Department with the Armenian community of Pasadena. We support the judicial system and any of its determinations regarding the case, but knowing how much Lt. Gourdikian has done for the Police Department and the community in an honorable and untiring fashion, we vouch that he is an individual of good character."

President of PAPAC

Dikran Davidian

# EXHIBIT S

July 18, 2018


To The Honorable Judge Stephen Wilson:


My name is Suzanna Sargsyan, I am an employee of an international non-profit organization, Armenian General Benevolent Union (AGBU). I met Mr. Vasken Gourdikian in January of 2016, upon the start of my employment with AGBU. Mr. Gourdikian was a board member of the Western District Committee (WDC), which is the governing body of the Western District. The Western District is comprised of all AGBU chapters and committees west of the Mississippi River. The WDC oversees the work of all AGBU programs and offices. Mr. Gourdikian was one of my supervisors.

From the beginning of my work with AGBU, Mr. Gourdikian was one of the few board members who was quick to engage and mentor me as a new staff member. His commitment for this community was evident in all the work he would take on. It was clear that he had a great relationship with all of the board members, as well as, the employees and volunteers. I have come to learn that Mr. Gourdikian and his family are loved in the AGBU community as they have been devoted volunteers who have supported AGBU over generations.

During his tenure on the WDC, Mr. Gourdikian dedicated a lot of his time to one of the longstanding programs, the Generation Next Mentorship Program. This program focuses on helping at-risk youth in the Glendale Unified School District. He took the lead on coaching the Program Director and helped revitalize and revamp the program to successfully expand its reach. With his experience in the Pasadena Police Activities League, Mr. Gourdikian was instrumental in helping the GenNext Program Director take the program to the next level, including securing program space at the Glendale YWCA.

It is unmistakable to all that Mr. Gourdikian poured his life into his career and deeply enjoyed public service. He is respected by all and respectful to all. Please accept this letter of character on behalf of Mr. Vasken Gourdikian.

Respectfully,

Suzanna A. Sargsyan, MPA
Coordinator, Western District Programs
AGBU Western District
ssargsyan@agbuca.org   |   626-794-7942

# EXHIBIT T

# Donald Amerman



June 25, 2018

**To The Honorable Judge Stephen Wilson,**

Sir: I am writing this letter in support of Vasken Gourdikian. I have Known Mr. Gourdikian for about 7 years since joining the team at the Pasadena Police Department. During this time Vasken and I have become good friends. He is well liked and was well respected at the police department and a friend to all. I have known him to be fair and impartial supervisor and a hard worker.

He was very instrumental with my contract renegotiation when I asked him for help and guidance. After I did my own salary study and found that I was over 25% underpaid for my position with my skill level. He fought hard for me with the city understanding that I was being deliberately being taken advantage of. Because of his hard work that has been righted and I'm being compensated in a reasonable fashion. He didn't have to do that be he chose to take on the extra work to see it through.

On an even more personal note Vasken was there for me even more when I was diagnosed with tongue and lymph node cancer last April. I was already going through a nasty divorce and sure didn't need to have dealt with this illness at the same time. Even while dealing with his own issues he made certain that if I needed a ride to treatments he took me and went out of his way to do so. Towards the end of my treatments I needed someone to look after me as I could not trust myself to drive after my second Chemo treatment I was too sick.

There need to be more people like Vasken in this world a good friend, husband, father and soul god Bless him.

Warm regards,
Donald Amerman



# EXHIBIT U

Art Chute

██████████████
██████████████

626.848.4440
chuterss@outlook.com


June 20, 2018

Honorable Judge Stephen Wilson:

I've known Vasken Gourdikian for approximately 24 years. He is both a close friend, co-worker and an upstanding citizen who cares deeply not only about his family and friends but also about the citizens he served and protected during 23 years of law enforcement service.

I know Vasken to be dependable, responsible, honest and courteous. He is a caring husband and father who is a role model and provider to his wife and two sons. His work ethic is second to none, and the positive impact he made on the Pasadena community still resonates today.

Vasken, in short, is a good person. He has always been kind and generous with work associates and members of the community. He has a strong sense of duty, which applies in his job, family, and community. He also possesses a great deal of integrity and constantly strives to make sure he is doing the right thing.

Under his current circumstances, and having known Vasken for over two decades, I don't believe he knowingly and intentionally broke the law. Vasken is a leader in the Armenian Community and was a leader in the Pasadena Police Department until this indiscretion. I believe his decision was purely poor judgment rather than specific intent to commit a crime.

After speaking to Vasken on several occasions, I'm well aware of the regret and shame he feels for embarrassing not only himself but his family, friends, police department and coworkers. I respectfully request that Vasken's family, future and previous service to the law enforcement profession and community factor into your decision.

Thank you,
Art Chute

# EXHIBIT V

June 26, 2018


Honorable Judge Stephen Wilson,

I have known Vasken Gourdikian for almost 30 years. Not only is he a family friend, but he was also a work colleague. Our parents were high school classmates, friends, and knew each other before they came to this country almost 60 years ago. The Gourdikian's have always been and are still a well-respected family of the community.

I have worked with Vasken as a peer, as his supervisor, and as his subordinate. He gained the utmost respect from all who had the pleasure of working with him, regardless of rank, as well as the community he served. He has always displayed the highest work ethic and integrity in the performance of his duties and was an up and coming star in his chosen profession—having the potential of being a great leader of our organization. Throughout his career, he worked a variety of assignments in the department. While working with him in the narcotics unit, he was selected to work on a federal taskforce and has received many accolades for his work.

However, he had a hobby and as a result he made a mistake. This mistake cost him a lot. It brought embarrassment to him and shame to his family name. In addition, he was arrested and ultimately lost the opportunity to continue working in his chosen profession. This nightmare was a humbling experience for him. Not only were his actions undoubtedly star inexcusable, they evidently warranted negative consequences. However, I am pleading with you, your Honor, to consider the "spirit of the law" versus the "letter of the law" and show leniency to Vasken during the sentencing phase of his case. A prison sentence will not do more than what has already been done as a result of his wrongs. He has already lost his job and his livelihood, which will serve as a reminder of his mistake for the rest of his life. He has truly learned a lesson and has shown remorse, humility, and maturity throughout this ordeal. He has two teenaged boys and a lovely wife at home who need him. Any consideration would be greatly appreciated.

Sincerely,

Greg Afsharian

# EXHIBIT W

July 15, 2018

Honorable Judge Stephen Wilson,

The aim of this letter is to present the good character of Vasken Gourdikian. I have known and worked with my friend Vasken for 15 years. I can confirm that he is considerate, efficient, and dedicated to the well-being of others. He had received numerous accolades and honors for his dedication to helping otherw in the community. He is a dedicated husband and father and it would be my hope that I can be as good of a father to my daughter as Vasken has been to his two boys.

Vasken discussed his troubles with me almost immediately after he became aware of the criminal investigation. I became an ear for Vasken and provided him with friendly support. From the beginning, Vasken expressed great remorse for his actions. He showed genuine regret not merely for the criminal liability he faced, but for those he had let down.

Vasken is well regarded among all his co-workers and is a person of high integrity and honesty. We have been together in countless emergency situations, and he has always conducted himself with common sense and compassion. Vasken would always take time out of his day to train and educate those employees under his command. Vasken had been my immediate supervisor for about 5 years of the 15 years that I have known him. I have always tried to emulate Vasken's leadership style and ability to communicate with others. As a young employee I remember sitting in awe of his ability to inspire and guide people. Additionally, Vasken was apart of youth mentoring program where he would dedicate his own time to youth in the City of Pasadena. This says a lot about the true character of Vasken.

I truly believe his wrongful actions represent an aberration that he will never repeat. He has demonstrated honesty, integrity, and fairness in more that 15 years that I have worked with Vasken.

I hope this letter will give you an idea of his good character and help him get a second chance to prove this was an unusual occurrence. I stand ready to offer support to Vasken as he may require.

Respectfully submitted,

Todd McDonald

# EXHIBIT X

July 18, 2018

**To:     The Honorable Judge Stephen Wilson**

**From:  Darryl L. Qualls**

**Re:     Character letter; Vasken Gourdikian**

Honorable Judge Wilson, let me first say that I am humbled to address this letter to you. It was some twenty-five years ago when I was a young police officer sitting at the Federal Prosecution table in your courtroom assisting AUSA John Gordon and California ASA Lisa Lynch when we were bringing to trial the El Rader Browning and Doc Holliday organized crime groups who were based in Pasadena. I learned so much during that trial that I share with current law enforcement officers throughout the state whom I instruct in my retired capacity.

I am writing as a character witness for Vasken Gourdikian who is a friend and co-worker for 24 years. Vasken, unfortunately finds himself before your bench. Vasken was a Pasadena Police Officer who is accused of selling guns that far exceeded his jurisdiction of sale.

Let me say that Vasken failed himself, his profession, his community and his family. However, I do not think he is solely to blame. I think the Pasadena Police Department also bears some responsibility as well. I was an executive member of the police department for some of the time that Vasken embarked on a gun collection hobby that he allowed to get out of control. It was our lack of oversight and candor with Vasken that helped perpetuate his actions which was covered about a two year period. I beleive, the department should have stepped up and intervened with a simple "no" not allowing Vasken to make those purchases and go down the slippery slope upon which he now finds himself. Be that as it may, Vasken is in this dilemma and bears the brunt of his actions.

Honorable Judge Wilson, I will tell you that Vasken comes from a great and hardworking Pasadena family of immigrants who worked hard to achieve and assimilate within the community. Vasken and I both attended John Muir High School in Pasadena, which is a great public school with rich traditions. Although, I was about 6 years ahead of Vasken, we both went on to serve our communities as police officers after graduation from high school serving with the Police Department our entire careers.

Vasken and I grew to know each other more deeply as we worked at the Pasadena Police Department. Throughout the years, Vasken was a very good police officer. He excelled in the Traffic Section while riding a motorcycle and assisting with events such as UCLA Football

Games, Major Soccer Events and concerts. He worked other assignments with great zeal and passion and was known for his great devotion to duty.

Over the years, I came to know Vasken's immediate family. His wife Roubina and his children are wonderful people. They would come to many department events as Vasken also resided in the community that he served. I came to know that his son liked exotic cars and drumming which are two likes of mine as well.

Although, I am retired I continue to volunteer in the city of Pasadena. I sit on two community based organization boards, one that helps the formerly incarcerated get back on their feet after returning home. Another is the John Muir High School Alumni Association that for the last 72 years who has been assisting the Pasadena Unified School District with a cross-town rivalry football game against Pasadena High School. When I retired, I needed an active–duty police officer to assist with the planning and management of that game acting as a liaison with the City, the School District and the Rose Bowl. I personally chose Vasen to take my place. I knew that he was competent, charismatic and knew the community well enough to continue the great tradition. I believed in him in Vasken then and I still believe in his capabilities today despite in grave error in judgement.

Now, I don't know what Vasken's exposure is in this case, but I do know a couple of things. He made an error in judgment to which he has already paid severely in my humble opinion. This unfortunate position that he finds himself in has impacted Vasken's career, future career options, his finances, his reputation and his emotional well being. Therefore, it is with great humility that I ask your Honor to show leniency to Vasken. He needs to pick up the pieces and become productive once again.

Thank you for your consideration.

Respectfully submitted,

Darryl L. Qualls



Hourig Gourdikian

July 2018

The Honorable Judge Stephen Wilson,

I have known Vasken Gourdikian my whole life. Mr. Gourdikian is my first cousin. We grew up together & have shared decades of experiences & memories. Mr. Gourdikian has always been dependable & supportive.

From my earliest memories Mr. Gourdikian wanted to be a police officer. I remember how happy & proud he was, our whole extended family was, when he was accepted & graduated from the Police Academy.

He has tirelessly served the Pasadena city community for over two decades.

As such, I ask the court for leniency on his behalf.

Sincerely,

Hourig Gourdikian

June 24, 2018

Honorable Judge Stephen Wilson,

I have prepared this letter to provide you with a valuation on the individual character and uprightness of Mr. Vasken Gourdikian. I have known Mr. Gourdikian both personally and professionally since 2013. I'm able to provide a unique perspective on Mr. Gourdikian's character because we have worked in law enforcement together, studied together, attended and graduated from the same university, and our families have since become extremely close, spending time together in social settings.

My experiences with Vasken over the past several years have given me insight into a man that is extremely caring, family oriented, with a strong work ethic and the highest moral fiber and integrity. Vasken has always put others before himself, which I was able to observe when attending a number of his work and family related functions.

Vasken is unpretentious and conducts himself with humility, never judging anyone unfairly. In fact, Vasken would always be the voice of reason, which gained him respect from those he worked alongside as well as those he supervised. Vasken was the person you could always count on to take a project or task and not only complete it, but also complete it at the highest-level possible. Vasken has amazing social skills and he is always the person people are drawn to in a room, especially if he is engaged in a conversation.

In his personal life, Vasken is a dedicated family man who encourages and supports his wife and two sons. I admire the fact that Vasken always puts his family's needs before his own and because of that we became very close friends, sharing similar principles on family, faith, work, and life in general.

Please feel free to contact me at (909) 644-0800 or akaro1023@gmail.com, with any questions you might have regarding Mr. Vasken Gourdikian.

Sincerely,

Andrew Karol
PO Box 861
Rialto, CA. 92377

June 25, 2018


The Honorable Judge Stephen Wilson
**First Street Courthouse**
350 W. 1st Street
Courtroom 10A, 10th Floor
Los Angeles, CA 90012

Your Honour,

My name is Armen Gourdikian and I reside at 2130 N. Euclid Avenue, Upland, California.  I have been employed as a commercial real estate broker for the past 32 years and prior to that I was a practicing CPA for 5 years.

I have known Vasken Gourdikian his entire 48 years of life.  We are first cousins, our fathers immigrated to the United States many years ago and became U.S. citizens.  Vasken and I share the distinction of being first generation born members of our family in the United States.  Our Armenian heritage and culture has contributed to the close family bond Vasken and I share.

I am well aware of the seriousness of the charges Vasken is facing.  He is extremely upset over what has transpired and is very remorseful for his involvement in this matter.  Vasken's life has been on hold the last 18 months as this investigation has been on going.  The stress he has been under has been significant culminating in deep sadness as his 24 year career as a Pasadena police officer came to an end.

Your Honour, Vasken is a decent, honest and hard working individual who took pride in being a police officer committed to serving and protecting the public.  He is also a devoted husband and father of two boys to whom he has been a good role model.  His commitment to his family and community has always been of primary importance.  I ask that you consider leniency in rendering your decision as this offense is not representative of the lifelong character of Vasken nor his years of public service to the community of Pasadena.

Respectfully,

Armen Gourdikian

June 21, 2018

To:     Mr. Mark J. Werksman, Attorney at Law

From:   Ronald G. Derderian

Re:     Vasken Gourdikian

Dear Mr. Werksman,

I have enclosed a character reference letter regarding Mr. Gourdikian intended for Judge Wilson. I am
hopeful that my letter will be considered during Mr. Gourdikian' s matter in court. Thank you for the
opportunity to provide this reference for my friend and colleague in law enforcement.

Sincerely,

Ronald G. Derderian

June 21, 2018

To:     The Honorable Judge Stephen Wilson

From:   Ronald G. Derderian

Re:     Vasken K. Gourdikian

Dear Honorable Judge Wilson,

I have known Mr. Vasken Gourdikian for approximately 20 years. I am familiar with Mr. Gourdikian both socially and professionally, as I am retired after a 40-year career in law enforcement. I have since remained active in law enforcement as a Reserve Officer to give back to my Community. I also volunteer locally in several causes, along with sitting on a local credit union board of directors.

Vasken Gourdikian is and always has been an excellent father, husband, son and Community leader. He has a good heart and has always been there for others, including taking care of his elderly widowed father.

I understand and believe Mr. Gourdikian had an excellent unblemished career as a public servant and served in many different capacities, promoting through the police ranks along the way. Other members of the law enforcement community respect Mr. Gourdikian for his knowledge, mentoring, ethics and willingness to go the extra mile. He was devoted to his profession and always put others before himself.

Mr. Gourdikian has always been known to be generous, sincere, concerned, responsible and mature. He leads a positive lifestyle in his Community and attends church on a regular basis. He is very involved in the Community at large, working with disadvantaged children, the Boy Scouts and participating in charitable events for local causes.

This unfortunate matter has placed a tremendous, immeasurable hardship on Mr. Gourdikian and his family. He has forfeited a career for which he gave so much and was so proud of. I firmly believe he is deeply remorseful and regretful for what he has done and to those he may have disappointed in the process.

Respectfully,

Ronald G. Derderian
Pasadena, CA.
(626) 351-8397
rderderian@secureinbox.us

June 20, 2018

To the Honorable Judge Stephen Wilson:

Subject: Character Reference Letter

I, Shant Parsegh Ghazarian am writing this letter to you to provide a character reference about Mr. Vasken Gourdikian, who I have had a strong friendship with for over 30 years.

I can say it with total confidence that few men have contributed more to society in a way that Mr. Gourdikian has. He has not only been a close, personal friend of mine but also a role model to me and many of our mutual friends. To list the positive influences he has given through his many years as a police officer, would take too much of your time to read. Not only has he been involved within his community, he has also donated his time, assistance, and money to our Cultural organizations and church communities as well. I personally have dealt with him in social settings, family settings, and business settings. He has shown nothing else to the people around him accept for being an honest, kind, polite, and outstanding citizen.

If you have any questions about anything regarding my friend, Mr. Vasken Gourdikian, please feel free to contact me directly. I will be available for him as he has always been available for me.

Sincerely,

Shant Ghazarian

562-777-0083

June 29, 2018

To:   The Honorable Judge Stephen Wilson

Re:   Vasken Gourdikian

Your Honor, my name is Raphy Timour and I've known Vasken for over 40 years.   We have been friends since grammar school and we continue to be the best of friends.   He is a good man, a family man, he has been married for over 20 years, and has a beautiful family.

Vasken has always been a positive influence in my life and my families.   My children look up to him and my 9-year-old daughter wants to become a police officer because of him.   He is her "Uncle Vasken", and he protects Pasadena.   When our home was burglarized, he was off duty, but still came over to comfort our children and reassure them that everything would be ok.

I'm sure you'll be receiving many letters from various organizations about his volunteerism and community service and involvement.   Without question, he has done more for the community than anyone I know and continues to be involved!   I just wanted to take this opportunity to share what my personal experience has been with him for over 40 years!

He's a good person, his core is good, his heart is pure, and this experience has humbled greatly. When I read the charges against him, I just don't see that same person in front of me.   I hope you can see that as well!

Thank you for taking the time to read this.

Best Regards,

Raphy Timour

**Bernard K. Melekian, DPPD**

███████████████████

The Honorable Judge Stephen Wilson
First Street Courthouse, 350 W. 1st Street
Courtroom 10A, 10th Floor
Los Angeles, CA 90012

Judge Wilson,

I am writing to you on behalf of retired Police Lieutenant, Vasken Gourdikian. As I am sure you are aware, Mr. Gourdikian is facing several serious charges and I am advised that you may need to make sentencing decisions at some point in the future. To be clear, I am not writing to minimize, or even discuss, the nature of the charges against him. I do not have any knowledge of that case other than what I have read in the papers. Vasken has never discussed this case with me nor have I asked for any information.

I am writing to tell you about the young man whom I have known for over 20 years and whom I had the privilege of serving with during my tenure as the Chief of Police for the city of Pasadena. I held that position from 1996 until 2009 when I left to become the Director of the Office of Community Oriented Policing Services (COPS), USDOJ, under President Obama in 2009. When I returned to California, I was asked to serve as the Undersheriff for the County of Santa Barbara, the position I currently hold.

Vasken Gourdikian was a probationary officer when I came to Pasadena as the Chief. I promoted him to Corporal in 2002 and to Sergeant in 2004. His performance during the time he worked for me was exemplary. He was well regarded in the community and highly respected by his peers. One of the projects I started was an outreach to the Armenian community which in the Pasadena/Glendale area is significant. I selected Vasken to be my liaison and in that role, he did an outstanding job.

He also served on the Board of Directors for the Police Activities League and was instrumental in getting that organization off the ground. I also worked with Vasken during my tenure as a member of the Board of Directors and later the Chairman of the Pasadena Armenian Genocide Memorial Committee. I was always appreciative of his hard work, energy and commitment to the success of the project.

In another arena, I knew Vasken and his family away from work. I watched him raise his two young sons and I know of his devotion to his family and his church. I remember him visiting me, along with his family, when I was living in Washington DC. He brought his family to visit the memorials and to remind his sons of the history of this country and what it stands for.

All of this to say, the Vasken Gourdikian I know is a person of honor, integrity and has a commitment to excellence. I do not pretend to know, or understand, what has happened to bring us to where we are today. You will have more knowledge of the facts of this case then I do.

What I do know is that there is nothing to be gained by sending him to prison. The financial impact alone arising from this situation has been devastating. In addition, Vasken has lost his career and his professional reputation. Any additional punishment will be visited on his family, but will serve neither to further punish Vasken or as a deterrent to others. I would ask that you not incarcerate him.

I am available at any time to discuss this further. I can be reached at (805) 455-3612 or at chiefbkm@gmail.com. I sincerely appreciate your consideration.

Respectfully,

Bernard Melekian

Cc: Mark J. Werksman, Esq.

July 02, 2018

Dear Honorable Judge Stephen Wilson,

My name is Chris Sharma and I am currently a Sergeant with the Pasadena Police Department. I have been with the department for twenty four years during which time I have had the privilege and honor to work beside and for Lt. Vasken Gourdikian.

Our careers with Pasadena Police Department began around the same time and I have worked together with him as an officer in Patrol for many years. Officer Gourdikian (at that time) was very helpful and was someone who always had your back. He was a great Patrol Officer with moral courage and stronger character. He has always worked hard to make Pasadena a safer place to live.

My relationship with Lt. Gourdikian grew when I was transferred to the Special Enforcement Section (SES) as a Corporal. Lt. Gourdikian was already the Section Sergeant and was my immediate supervisor. SES was responsible for gang and illegal narcotic enforcement and also was the Department's SWAT team. During my time in SES, Lt. Gourdikian taught me the Sergeant's duties and responsibilities and what it takes to be a good leader. He modeled himself as someone who always led by example. He worked hard at making sure that the department's values were followed especially when it came to "Mission First, People Always."

Since 2000, we have participated in the Baker to Vegas 120 mile Relay representing Team Pasadena. I have had the pleasure to train with him every year and can truly say he puts in 110% effort to assist all the members in the team. As a Team Captain, when I was overwhelmed, he volunteered his time as a Co-Captain to assist with some of my duties. I will also be grateful for him stepping up and taking a secondary role to make sure I succeeded even though he was my Supervisor.

One of the best qualities that define Lt. Gourdikian is his love for his wife and two children. He has devoted his whole life making sure he is a good provider for his family and is a person with strong moral character for his children. It has been very important for him to show his children the importance of hard work and education. In my opinion, he has exceeded standards when it comes to his devotion and commitment to his family.

In closing, based on my experience with Lt. Gourdikian for the last twenty four years, I can confidently say that he is an honest, trustworthy, loyal, dependable, kind, humble and generous person. I have been truly blessed to also call him a friend.

Respectfully,

Chris Sharma

(661)755-5769

PONTRELLI, TIMOUR & ASSOCIATES, INC.
*Insurance Services*

1039 Hope Street, South Pasadena, CA 91030   Phone: 626-795-4138   Fax: 626-795-6496   www.ptbenefits.com

June 29, 2018

The Honorable Judge Stephen Wilson

I am writing on the behalf of Vasken Gourdikian and his character.

I have been a very close and personal friend of Vasken Gourdikian and his family for over 30 years. Vasken is a good man and this has been obvious to me for over 30 years.  He has been an asset to the City of Pasadena and our community and has been about as loyal and dependable as a friend that is imaginable.  Whether volunteering at our son's high school for multiple events, or donating an enormous amount of time for the Armenian church, Vasken has shown a tireless effort to the community for decades.

I first became a close friend of Vasken at junior college almost 30 years ago. He was dependable & loyal to both his friends and tightly knit family from the beginning.  As we both were married within a year of each other, more than 20 years ago, we started our families and our careers.  I always respected Vasken's choice of public service and thought it was quite a sacrifice for those who enlist in public safety and protect us on a daily basis.  He seemed to be a strong asset to the Pasadena Police department, and moved swiftly to leadership positions, & received many promotions and accolades.  We were all very proud of him.  Our wives and son's all became friends & have seen each other regularly and often over the years.

Whether witnessing Vasken protect our city in the field, or watch him represent the City of Pasadena in the media, we were always very proud of the way Vasken conducted himself & represented our city. Vaken's devotion to his family, friends, and the community of Pasadena is undeniable and I wanted to share with you my feelings.

If Your Honour wishes to contact me for any further clarification on Vasken's character, please contact me at: (626)676-0969.

Sincerely,

Christopher F. Pontrelli

(626)676-0969



**BONA CORSO & ASSOCIATES**
Intelligent Real Estate

7-1-2018

**To The Honorable Judge Stephen Wilson**
First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor
Los Angeles, California 90012

RE: Mr. Vasken Gourdekian

This letter is my personal character reference for Mr. Vasken Gourdekian who has been a family friend for over seven years.

During this time, I feel privileged to have had the pleasure to know Vasken and his family on both a personal and professional level. I am most impressed with Vasken's devotion to his family, integrity, honor and professionalism.

In my interactions with him, I've found that he is consistently courteous, professional and truly a caring individual. His wife and children are a testament to his family dedication, work ethic, and parenting style. Vasken is a true family man and one that I admire on many different levels.

A solid act of his friendship and good character came about just over a year ago when our home was broken into in 2017. After hearing about it, he immediately came to our home to comfort my wife and children. He also took the time out to help us with additional security enhancements to our home. Even now, after several months, Vasken continues to check in with us which obviously puts my wife more at ease.

Up until his children graduated from our K-8 school, I had the opportunity to see Vasken participate and interact with lots of families during school related functions and volunteer opportunities. He and his family are well liked and respected within our peer group.

I am most impressed with Vasken's devotion to his family, integrity, honor and professionalism. To this day, I continue to be impressed with his positive outlook and ability to be a positive role model.

BONA CORSO & ASSOCIATES
600 N. ROSEMEAD BLVD. STE 211
PASADENA, CA 91107
BRE# 01348543

626-755-3223
626.795.3755
626.795.5198

Please feel free to contact me directly at 626-755-3223 if you have any questions
or need further information about my reference of Vasken's character.
Additionally, I will make myself available should you want to personally ask me
any questions.

Sincerely,

James L. Bonaccorso
Principal, Broker
BRE#01348543



**Y&P**

**YACOUBIAN
POWELL**
ATTORNEYS AT LAW

725 S. Figueroa Street, Suite 1750
Los Angeles, CA 90017
Tel: (213) 955-7145
Fax: (213) 955-7146
www.yplawfirm.net

Talin V. Yacoubian
Stewart J. Powell
Amy L. Lew
Cristina Perez (OC)
Christopher Gonzalez (OC)

June 25, 2018

**VIA US. MAIL**

The Honorable Judge Stephen Wilson:
c/o
Mark J. Werksman, Esq.
888 West 6th Street, 4th Floor
Los Angeles, CA 90017

Re: Vasken Gourdikian

Dear Judge Wilson:

I write this letter to attest to the character and integrity of Vasken Gourdikian, who I have known for almost two decades. As a member of the bar, I do not take the writing of such lightly, and I state without any reservation that I have known Mr. Gourdikian to be an exemplary person both in his personal and professional life. As a friend and a colleague in the non-profit sector, Mr. Gourdikian has always been hardworking, trustworthy, compassionate, and a leader. His selfless devotion to his family, friends and community is admirable. Importantly, he has not wavered in this, even in the face of adversity. Mr. Gourdikian has always handled himself with grace and honor.

I sincerely hope that the foregoing is considered in making any decisions affecting Mr. Gourdikian.

If I can be of any assistance in this regard, I am available.

Very truly yours,

Talin V. Yacoubian

July 5th, 2018

To Honorable Judge Stephen Wilson:

I've been asked to write a character letter on the behalf of Vasken Gourdikian. I have known Mr. Gourdikian for several years as a father, husband and parent. He has always been very respectful in my experience and interactions with him. As a member of the Pasadena Police Department, I have always respected his worth ethic and involvement in the community. He participates in many community activities and is a member of St. Gregory Armenian Church in Pasadena.

Thank you for taking the time to read my letter regarding Mr. Gourdikian and my best wishes to you and all who serve.

Sincerely,

Harvey Hyde

July 9, 2018


Honorable Judge Stephen Wilson
First Street Courthouse
350 W. 1st Street
Courtroom 10A, 10th Floor
Los Angeles, CA   90012

Dear Judge Wilson:

I am writing this letter on behalf of Vasken Gourdikian who is a defendant on a criminal case that is currently before you.  While I'm not in a position to provide you with any insight into the case in which Vasken is charged since I am admittedly unfamiliar with the details of it, I believe I can offer you some valuable insight into his character based upon the extensive interaction I have had with him over the past 24 years.

I have been employed in the law enforcement profession for approximately 35 years and I have worked extensively with Vasken for the last 23 years.  During that time I can confidently say that I have personally observed him to not only hold himself to extremely high standards in regards to honesty and integrity in both his personal and professional life but also demand the same high standards of others.

I would describe Vasken as being a man of good character and I believe that his excellent reputation within the Pasadena community in which he has served for the past 23 years along with his high standing amongst his peers within the law enforcement community further supports this characterization.

Sincerely,



Kelly Evans
3062 Hillrose Drive
Los Alamitos, CA   90720



Max Dahlstein

626-664-9547

Honorable Judge Wilson,

My name is Max Dahlstein. I am a Lieutenant with the Pasadena Police Department. I have been with the City of Pasadena for 27 years. I first met Vasken Gourdikian in 1994. I was a Training Officer and he was a new hire. When Vasken was assigned to me, I knew that he was going to be a special police officer. He is a smart, loyal, loving husband and father. Vasken was the epitome of a community oriented officer.

He thoroughly enjoyed working with members of the community and was driven to make lives, and situations, better the citizens of Pasadena. Vasken worked very hard. Many of us at the department knew he was destine to be a leader in the organization. He moved up the ranks quickly, eventually being promoted to the rank of lieutenant. I've always known Vasken to be fair and honest. He is the type of friend that will do anything for you.

We've had a friendship for 24 years. Vasken has a great sense of humor and a huge heart. Vasken and his wife, Roubina, have done an excellent job raising their boys. I have a great deal of respect for Vasken. I have respected his privacy as it relates to this incident. Vasken and I occasionally meet for coffee or a meal. I have never asked him the details of his indictment. When we met, prior to his indictment, I told him not to talk to me about his situation. The reason we get together is for support and friendship. We talk about our families, experiences, and our future plans. As a friend, I thought it would be better for Vasken not to tell me about this case.

I've read the papers, seen the news and heard the rumors. But, your Honor, the papers, media and people driving the rumor mill do not know the facts. The Court, the attorneys, and Vasken know the truth of the matter. Vasken is not one to make excuses. I know that he does not have a malicious bone in his body. As we go through life, we learn many lessons. We hope to thrive and make our families proud. Your Honor, this experience has changed Vasken. The reality of the situation has shown me a side of him I have never seen. When we look deep within ourselves, during tough times, it forces us to make life changes. This has definitely happened to Vasken.

The depression, anxiety of what may happen, embarrassment, and the feeling that he let his family down has rocked his soul. It is my hope that you, and all of the parties involved, are able to see the good in the man. It is also my hope that Vasken is able to get "back to normal". Thank you for your time.

Max Dahlstein

July 2, 2018

To the Honorable Judge Stephen Wilson,

I want to start off by saying I am friend and former colleague of Vasken Gourdikian.  I have known Vasken, or should I call him "Gourdy", for over 20 years and I must say you will not find a more dependable friend, professional, patriot, father or husband.  He has gotten himself into trouble as we all know, but I believe it was a lapse in judgement rather than any malicious or criminal intent.  I truly believe if he knew his actions were illegal, he never would have gotten involved in any firearms related activity.  Hindsight being 20/20, I think he would agree that he showed very poor judgement and would want to share his experience so that others could avoid his journey.

I know he feels remorse and is ashamed for what he has put his family, friends, co-workers, and profession through.  It has cost him deeply.  I can only hope the court takes a life full of good deeds and service into account so that his life and future has a chance to recover.  I do not know all the particulars of this case but what I do know is that Gourdy was the consummate professional and a dedicated law enforcement officer who served well the City of Pasadena for approximately 25 years.  He is also a loving, caring father and husband.  I have seen countless cases over my thirty plus years in law enforcement where the suspect was found guilty only to receive compassion from his/her victims and the courts.  Vasken Gourdikian has learned a painful and life changing lesson, and I am confident that he will spend the rest of his life trying to make this right.  I only ask that you show mercy and compassion on him and his family because I think they are worth it.

Sincerely,

Michael Ingram



**LEARNING
WORKS**

July 7, 2018

To The Honorable Judge Stephen Wilson:

It is with pleasure that I write a more than favorable character letter for Vasken Gourdikian. I have worked with him in a variety of professional roles over the past 12 years in his capacity at the Pasadena Police Department (PPD).

I met Vasken Gourdikian at the time I was starting a school for youth/young adults who had dropped out of high school in Pasadena, Altadena and Sierra Madre called Learning Works. Our students would inaccurately be called at-risk, but instead exhibiting high-risk behaviors such as gang involvement, probation involved, foster care, homelessness or teen parents. Officer Gourdikian supported our efforts. At the time he was working for gang unit and was committed to ending senseless violence. He advocated for more support for poor youth and creating a school police unit within the department.

In 2013, I was appointed to the Pasadena Unified School Board and appointed Chair of the Safety Committee. At the time Officer Gourdikian was in charge of school policing. We worked very closely on effective school policing, divergent programs, truancy sweeps, school safety, and overall child welfare. I always found him incredibly professional and a pleasure to work with. I could always count on him to help troubleshoot and solve problems. He was always committed to the welfare of the students, staff and community. The pride in his job and the PPD was always apparent.

After the School Board, I was always interacting with Officer Gourdikian at community events when he became Adjutant to the Chief. He was perfect in that role. His joy, kindness, and positivity was present in every encounter.

Once he was placed on administrative leave, Off      ian began to volunteer at Learning Works working directly        students worked with when I met him. He really knows how t        ough relationship and mentoring. We loved havin

I know that people make mistakes. I believe very        cer Gourdikian has a lot more to give to the community. I do hope      ill be able to continue to apply his gifts. Let me know if you have any questions, (626) 688-7961 or mikala@publicworksinc.org.

**Dropouts Into
Graduates**

Sincerely,

*[signature]*

Dr. Mikala L. Rahn
CEO/Founder

Learning Works
90 North Daisy Avenue
Pasadena, CA 91107

P 626.564.2871
F 626.564.2870

www.learningworkscharter.com



**Learning Works**
90 N. Daisy Avenue
Pasadena, CA 91107

SANTA CLARITA
CA 913
10 JUL '18
PM 7 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P            $ 000.47⁰
0000859275      JUL 09 2018
MAILED FROM ZIP CODE 91107

**MARK J. WERKSMAN, ATTORNEY AT LAW**
888 W. 6th Street, 4th Floor
Los Angeles, CA 90017

272904

*St. Gregory the Illuminator Armenian Church*
Ս. Գրիգոր Լուսաւորիչ Հայց. Առաքելական Եկեղեցի

Archpriest Fr. Sarkis Petoyan    Ս. Սարգիս Ա. Քահ. Փաթոյան

The Honorable Judge Stephen Wilson

July 13, 2018                              re: Lt. Vasken Gourdikian

Your Honor:

As the pastor of a large and active church community, it takes a lot for a parishioner to stand out and be recognized.  Vasken Gourdikian is one such individual.

Since my arrival nine years ago as parish priest of St. Gregory Armenian Orthodox Church of Pasadena, Vasken has made himself available both as a faithful parish family member as well as professionally (as a dedicated member of the Pasadena Police Department). Day or night, rain or shine, he has accepted my calls of concerns and requests for help, direction or advice. Without hesitation, he responds cheerfully and compassionately.

As a father he is both exemplary and sensitive.  He takes his role as faithful husband and dedicated parent with a high degree of seriousness.  He, along with his own father, late mother, in-laws, wife, sons and cousins consider our church to be their spiritual home (their second home, really). Regular in worship, genuine in faith and heart filled with love,  he is a communicant in the Armenian Apostolic (Orthodox) Church.  It is not an exaggeration to call him a pillar in our church community.

It's often said that if you wish to know a person's character, you should look at his or her children.  In the case of the Gourdikian family, it's appropriate to quote the expression *the fruit does not fall far from the tree*.  As Vazken inherited exemplary qualities of his father's character, so too Vazken's children mirror the good nature of Vazken and his extraordinary wife, Rubina.

In closing, please allow me to simply say that I hold up Vazken before my entire community (including and especially the youth), to say without hesitation, that we should all emulate the kindness of his heart and thoughtfulness of his good character.

Sincerely,

Fr Sarkis Petoyan
Parish Priest

July 12, 2018

TO:
The Honorable Judge Stephen Wilson
Untied Stated District Court
Central District of California

RE: Vasken Gourdiakian

Your Honor, I have known Vasken Gourdiakian for approximately 7 months.  We have a mutual friend that introduced us and we play golf together on a regular basis.   Golf is one of those games where you can get a true sense of a person's character.  We have played together almost weekly since January and he is even tempered and thoughtful while we are playing.  He is honest with his score when he plays. His stories he tells regarding his family leads me to believe he is a good father and husband.  One of the people we golf with is a friend he has had since high school which leads me to believe he knows what it means to be a friend.  From what I know, Vasken took his responsibility as a police officer very seriously and gave a great deal back to his community through his efforts in charity.  There are good guys and bad guys in this world and I believe he is one of the good guys.

Sincerely,

Hugh Kretschmer

July 10, 2018

To the Honorable Judge Stephen Wilson:

I am writing this letter in regard to the character of Vasken Gourdikian. I first met Vasken 7 years ago when I was first elected to the Montebello City Council through a mutual friend. Vasken immediately took an interest in my elected capacity as I was so impressed to learn he was a Lieutenant with the Pasadena Police Department. I am strong advocate for law enforcement, so I take pride to know selfless individuals who put their life on the line a daily basis.

Over the years, Vasken and I became trusted friends. He has been an extremely respectable friend, respected by many, community minded, encouraging to others, a fun golf partner, and just an all-around good citizen of our great Country.

As a friend, an elected official serving on the Montebello City Council, a County of Los Angeles Commissioner, and as a board member of the Sheriff's Youth Foundation, I can contentedly say that Vasken Gourdikian is man of good moral character.

Please consider my letter of character and if you should have any questions do not hesitate to contact me at (323) 216-1239.

Respectfully,

Jack Hadjinian
Mayor Pro-Tem
City of Montebello

July 12, 2018

To the Honorable Judge Stephen Wilson,

My name is John Fisher and I am writing you in regards to my friend Vasken Gourdikian. I'm sure that you have read thousands of letters over the years that portray individuals as solid citizens that constantly do the right thing on a daily basis, and that the situation that they find themselves in your courtroom does not match their character or values. My intent with this letter is not go on and on about what a great guy Vasken is. My intent is to share my frustration on why we as a society fail to recognize the positive impact that people have on others. It seems to me that the only time we speak highly of people is at a funeral or in a situation like this where a person's future is at stake. I find it unfair that the media has portrayed Vasken as someone who has violated the public's trust and that his behavior is everything that is wrong with law enforcement today. I have yet to see an article or a comment from any news outlet or Pasadena city official that applauds Vasken for his 24 years of stellar service. I have yet to read anything that details his commitment to his family, his church, the Boy Scouts, Little League baseball, high school fundraisers, or youth outreach programs that he is involved in. Your Honor, I have known Vasken for over 30 years and while we choose different career paths we both are involved in jobs that put us in the public eye every day. I have yet to meet anyone that has nothing but respect and admiration for Vasken and the person that he is. My hope is that after reading my letter and many others that you come to understand that Vasken Gourdikian is one of the good guys in our society and we should take time to recognize and applaud his good deeds. Thank you for your time.

Sincerely,

John Fisher

**L B G**

2130 NORTH EUCLID AVENUE. UPLAND, CA. 91784

The Honorable Judge Stephen Wilson                    July 12, 2018
First Street Courthouse
350 W 1st Street Courtroom 10A, 10th Floor
Los Angeles, CA. 90012

Your Honor,

The purpose of this letter is to attest to the character of Mr. Vasken Gourdikian. My name is Linda Borba Gourdikian. I recently retired from a 35 year banking career where I worked in the corporate offices of Citizens Business Bank. I now serve as a Trustee of my family's businesses and holdings.

I met Vasken 29 years ago when I married his cousin Armen Gourdikian. Being a member of the Gourdikian family has been a blessing and one of the highlights of my life. We spend a fair amount of time together as a group, and I know each one of the family members very well. The one person who always stands out and impresses me is Vasken. He is personable, kind, sincere and above all, a man of integrity.

Vasken has demonstrated his character on numerous occasions, one example was when my three daughters were part of National Charity League (NCL) a few years ago. NCL is a national charity organization for young women between 7th and 12th grade. Vasken volunteered his personal time to be a guest speaker at several monthly meetings, and taught the girls about self esteem and cyber security. The parents and young ladies learned valuable techniques and lessons from his presentations. Years later, the parents still speak about his instruction and appreciate how beneficial his presentations still are to the girls as adults.

Vasken is extremely devoted to his family, particularly to his wife Roubina and his children. I am always reminded of Vasken's commitment to his role as a father when I spend time with his two sons Alexander and Ardem, who have become accomplished and confident young men under their father's guidance. Further, Vasken has always taken seriously his role as a public servant, both as a law enforcement officer and a member of his community. He continually displays thoughtfulness and compassion both to his friends and to complete strangers. I can say with confidence that Vasken is a hard working and distinguished individual who has provided a positive contribution to his community.

I am aware of Vasken's current situation and the seriousness of the charges against him. We have spoken numerous times about what has transpired and Vasken is extremely upset regarding his involvement in this matter.

Your Honor, Vasken is truly an ethical, moral and decent individual. I respectfully ask that you consider leniency in your decision regarding Vasken's offense, as this wrongdoing is not representative of the person I know.

Thank you for your consideration.

Sincerely,

Linda Borba Gourdikian



**StateFarm**™

Auto-Life-Health-Home-Business-Financial Services

_____

## T.G. Metzger, Agent     License#0750772
425 North Santa Anita Avenue, Suite B, Arcadia, CA 91006
Phone: 626-445-1500   Fax: 626-445-9643   E-mail: tg@tgmetzger.com

July 12, 2018

Honorable Stephen V. Wilson
First Street Courthouse
350 W. 1st Street, Court Room 10A, 10th Floor
Los Angeles, CA 90012

Re: Vasken Gourdikian

Judge Wilson:

I am a State Farm Insurance Agent in Arcadia, CA who has been active with the city both professionally and personally for 30 years.  My business and family are located in the San Gabriel Valley, and I am part of the Arcadia Rotary and Chamber of Commerce.  I am also currently the President of the Arcadia Police Foundation.

Mr. Gourdikian informed me of his pending charges by the federal government for illegal sales and possession of firearms.  In light of these circumstances, I am happy to offer an endorsement of Mr. Gourdikian's good character.

I have known Mr. Gourdikian, professionally and personally, for more than a decade.  He was introduced to me by a former employee.  I have observed Mr. Gourdikian as a good family man, husband, and father.  He is active with his children's school and extracurricular activities.  When former Lt. Gourdikian was the Community Relations officer for the City of Pasadena, I reached out for his assistance with our newly formed Arcadia Police Foundation.  Mr. Gourdikian was more than generous and supportive with his time and ideas on how to help develop our Police Foundation.  His years of experience and input were highly valuable.

Mr. Gourdikian loved being a police officer.  These charges brought against him are completely out of character in relation to the man I know.  He has obviously made mistakes, but I believe the City of Pasadena and the law enforcement community are losing a good person and an asset.

Feel free to contact me if you have any questions.

Sincerely,

T.G. Metzger

## Mr. Raffi Haig Gourdikian

███████████████
███████████████

July 15, 2018

To the Honorable Judge Stephen Wilson

Dear Judge Wilson –

My name is Raffi Gourdikian, I am a 54-year-old married man, a proud father of four children and grandfather of a beautiful baby girl.

Vasken Gourdikian is my first cousin and I consider him my younger brother. I met Vasken for the first time in 1981 when I moved to the United States to live with his family for over 7 years. Through his family's care, guidance, generosity and unconditional love, I was able to establish a new life for myself in this great country.

Over all these years, I have witnessed many incidents and events involving Vasken that give me license to vouch for him as a person with great morals and integrity. He is immensely dedicated to his family, career and community. He is an honorable man, a loving husband and father.

Honorable Judge Wilson, I have known Vasken Gourdikian as an honest and respectable man. I know that he led an exemplary career at the Pasadena Police Department as I'm certain his record would affirm. I am saddened by the circumstances he finds himself in. I know that he is remorseful and truly regrets for the errors he has committed.

I humbly and respectfully ask that you afford him the maximum leniency permissible under the law.

Thank you kindly for your consideration.

Respectfully Yours,

Raffi Gourdikian
Long Beach, California

Mr. Nicholas A. Petek



July 17, 20108

The Honorable Judge Stephen Wilson:
First Street Courthouse
350 W. 1st Street, Courtroom 10A, 10th Floor,
Los Angeles, California 90012

Regarding Vasken Gourdikian

Dear Judge Wilson,

I have known Vasken Gourdikian since we were in grammar school. We became closer at Pasadena City College. He has been a close friend ever since.

I have fond memories of Vasken deciding to enter the Police Academy. I was struck by his seriousness, sacrifice and devotion to his calling. It was great to see one of your friends apply himself to what he wanted to do. Vasken excelled in his profession and has been an asset to his coworkers and our community.

Vasken and his wife Roubina our wonderful parents. I can not think of a genuinely nicer family. If one can be measured by the way their children have turned out, they would both measure high. Both of their boys are incredibly well mannered, fun and kind. They are extremely impressive young men. I know Alexander is an Eagle Scout.

I have three young children. My son in particular is a cub scout and is fascinated by all things law enforcement and military. Vasken takes time answering all of his questions and encouraging him. He does this everytime we are together always instructing him to be good and mind his parents and teachers. My children adore him.

I am fortunate to call Vasken a friend. Not everyone has such a great friend that you know you can always count on. He is truly one of the good guy's.

Sincerely,

Nicholas A. Petek

Robert Pigeon



July 17, 2018

To The Honorable Judge Stephen Wilson

Dear Judge Wilson,

This letter is to testify for the character of Vasken Gourdikian.  I am Robert Pigeon, husband to Vasken's cousin Maral.  I meet Vasken thirty years ago as a student at the USC School of Pharmacy while dating Maral.  It may not be a coincidence that we are celebrating our 25th wedding anniversary today.  Vasken has a part in this milestone.

Being of Asian descent, I did not fit the model of who Maral was to be with.  Her ties to her Armenian ethnicity with her family and community are very strong.  As an "Odar"(non-Armenian), I was prepared for a negative reception by her family.  She was living with Vasken and his parents at the time.  Vasken greeted me with a handshake and smile.  I never detected a hint of prejudice, resentment, fear or insincerity that was prevalent among "nationalized" teenagers and other family members. I attribute a larger part of my continuation to date Maral to Vasken, his brother and parents for making me feel welcomed.  His character and morals were set at a high standard at a young age.

Throughout the years, Vasken has become my "Cuz." He has always welcomed my family and I to numerous events and gatherings.  We have celebrated many life changing events together and mourned the loss of to many loved ones.  His greatest testaments are his sons, Alex and Ardem. They have grown into commendable young men.  You do not become an Eagle Scout as Alex has without a superior role-model as in Vasken.  I have two sons a few years younger so I understand the challenges.  Vasken has obviously met these challenges to a standard my boys look up to and aim for.

Sincerely,

Robert Pigeon

July 17, 2018

The Honorable Judge Stephen Wilson

My name is Dan Petek. I am in the Life Insurance industry in Northern California. I grew up in South Pasadena and Pasadena. I attended Holy Family for grammar school and St Francis High school.

I have known Vasken Gourdikian since grade school in the early 1980's. Vasken was one grade above me. I have become very close with him and his brother Shant as well as his parents and grandparents. They welcomed me and my brother as if we were members of their own family. He is very fortunate to be part of such a wonderful family. Vasken has continued this love with his own family. He and his wife Roubina have raised two wonderful young men who are polite and very respectful.

I support Vasken and his family through this very difficult time. I hope and pray that you will show mercy on this man who has served his community.

Thank you,

Dan Petek

925 285-0709

# HRATCH Z. GHAZARIAN

hghazarian@alliedpa.com                                    Tel: (562) 388-4999

**July 17, 2018**

VIAFIRST CLASS MAIL
To:
The Honorable Judge Stephen Wilson
C/o Mark J. Werksman, Attorney at Law
888 West 6th Street, 4th Floor
Los Angeles, Ca. 90017

**Re:    Mr. Vasken Gourdikian**

Your Honor:

I am writing this letter in the hopes that it will allow you to see what kind of person
Vasken Gourdikian is, despite the predicament he is currently in.

I have known Vasken as a friend for approximately 35 years. We are also related through
my sister's marriage so I am truly honored to call him family. I have always known
Vasken to be loving, kind, generous, dependable, and well regarded among his peers and
in the community at large.

I was troubled to hear about his unfortunate predicament with the law. I can tell you with
certainty that this situation is not a representation of who Vasken is as a person. He is a
committed and loving husband, father, son, friend, family, and community member.

Please show Vasken leniency.

Respectfully,

Hratch Z. Ghazarian

July 17, 2018

To the Honorable Judge Stephen Wilson,

It is with great honor to write a letter of reference for Mr. Vasken Gourdikian. Vasken and I met when our sons were kindergarten classmates at High Point Academy in 2006 and have been good friends ever since. I witnessed early on that his focus was always on his family, friends and the community for which he served with an unblemished record for decades.

I've witnessed Vasken's character and integrity on many times over the years. First at the kid's school. He was always one to volunteer his time setting up for events and even meeting with school officials to review safety and security programs.

Also, Vasken was a Scout Leader for our sons' Cub Scout Troop organizing and leading weekly troop meetings and various camping trips. Not only did he keep the kids interested and involved, but he also rallied the parents so that all the events went off without a hitch.

Vasken also was a founding member of a local group that helped raise funds for fallen police officers and firefighters. This annual fundraising dinner gathered public servants from across many southland agencies along with other individuals to remember those lost in the tragic events of 9/11 as well as others that lost their lives protecting their respective communities.

I know him as a man of character and integrity and if I or my family ever needed any help, Vasken would be the first in line.

Sincerely,

Nick Bazarevitsch

(818)929-3338
nbazarevitsch@gmail.com

# DIEGO R. TORRES

██████████████

626-825-9844
Drtorres30@yahoo.com

July 15, 2018

To the Honorable Judge Stephen Wilson,

Although brought on by a very unfortunate incident, I would like to take the opportunity to share some of the alternate characteristics that I have personally of Vasken Gourdikian. I first met Vasken over twenty years ago when he became a new trainee officer with the Pasadena Police Department. At that time, I was coordinating the Field Training Officer program for the department. Vasken entered the organization as a young, energized, mature and very motivated young officer.

Since that time, Vasken has continued to grow both personally and professionally but has never swayed his focus on his family, career, the community and the mission of law enforcement. Throughout the years, I have worked not only alongside Vasken in several assignments but have also had the opportunity and pleasure of supervising him in many situations. I not only know Vasken from work but have also socialized with him outside of work.

I have only known Vasken as a very well-respected person within the organization of the Pasadena Police Department and in the surrounding community. Vasken's roots run deep within the City of Pasadena and in the surrounding communities and the characteristics that I recognize as Vasken Gourdikian are hardworking, humble, reliable, trustworthy and moral based.

As I know Vasken, he remains remorseful and despondent for his carless actions and allowing himself to become carried away in what probably began as a simple hobby but resulted in the loss of his beloved career in law enforcement and has also caused much friction in his personal life.

I hope that Vasken's true character and history of an honest lifestyle are seriously considered when judging his actions and when considering his future discipline.

Sincerely,

Diego Torres
Ret-Lieutenant

To The Honorable Judge Stephen Wilson:

I am writing this letter to your Honor regarding Vasken Gourdikian's case. I have known Vasken my entire life (41 years). Our families have been close for years…going back to our grandparents, who were longtime friends. It's because of our grandparents and parents that we value family. Vasken has been like a brother to me throughout the years. Despite his busy work schedule, he made the time to visit my dad in the hospital when he was dying of cancer. Vasken was the first person at our house paying his respects when my dad passed away. He respected his elders and even enjoyed spending time with them, such as playing a round of golf with them. He's an uncle to my 5 year old son. Not only has he been great to my family, he's an amazing husband to his wife Roubina and a great father to his two boys, Alex (19) and Ardem (17). He has raised both boys to be respectful and responsible men. Vasken has headed fundraisers and has been a pillar in the Armenian community. I cannot say enough great things about him.

The reason I mention all of this is to offer your Honor mitigating factors. From 2005 to 2007, I was a city prosecutor. From January 2008 to December 2017, I was a deputy district attorney in Riverside County. I decided to leave the county and shift my focus on family for awhile as my son will be starting school this month. Throughout my years at Riverside County, I dealt with many different types of defendants. I say "types" because, as your Honor knows, they are not all alike. Some simply have zero respect for law and authority, whereas others made a mistake not intending to break laws. It was my job to follow the law and prosecute the case appropriately. To seek the truth and do justice. Every case was different. I am, respectfully, requesting your Honor consider the person and not just the charges. Vasken has already suffered consequences over the last year and half. Given his role in law enforcement, he has suffered unnecessary negative media attention,

especially when facts were unknown or being assumed. He had to give up a career he worked long and hard for…he wasn't just a police officer, he was a lieutenant. A conviction, alone, on his record has its own ramifications.

Every judge I have ever appeared before said they respected me for being honest about the strengths and weaknesses of a case, as well as what "outcome" was appropriate. My credibility meant more to me than anything, because once you lose it, it is difficult to get back. In this case, justice would not be served if Vasken would be required to do any kind of time. As I mentioned earlier, a man of his standing and caliber, he already lost a lot and here is taking accountability. If "punishment" is to act as a deterrent, I believe the consequences he has faced, is currently facing and will continue to face is far greater. I, respectfully, ask your Honor to consider Vasken as a person, as a family man and all of his dedication & achievements throughout his years in law enforcement.

Sincerely,

Eileen D. Agajanian

August 5, 2018

*Law Offices of*
## ALAN B. SNITZER
### A PROFESSIONAL CORPORATION

ALAN B. SNITZER*
───────────────
CYNTHIA L. COLLINS*

*CERTIFIED SPECIALIST, WORKERS' COMPENSATION LAW
THE STATE BAR OF CALIFORNIA, BOARD OF LEGAL SPECIALIZATION

2 NORTH LAKE AVENUE, SUITE 880
PASADENA, CALIFORNIA 91101-1858
TELEPHONE (626) 449-4300
FAX (626) 449-0830
───────────────
www.InjuredPublicSafetyWorkers.com

MATTHEW L. BARTHOLOMEW
RONALD E. STEENSLAND
MARK L. WARREN
STEVEN E. WEITZ
OF COUNSEL

September 12, 2018

**PERSONAL & CONFIDENTIAL**

Mark J. Werksman, Esq.
888 West 6th Street, 4th Floor
Los Angeles, California 90017

Re:  Our Mutual Client:  Vasken K. Gourdikian

Dear Mr. Werksman:

Enclosed is a character reference letter for our mutual client,
Vasken K. Gourdikian, for your use in trying to obtain the most
reasonable sentence available for him in his Federal criminal case.

I hope it is helpful.  Please advise if I can be of any further
assistance, and thanks for representing this good man.

Kindest regards,

LAW OFFICES OF ALAN B. SNITZER
A PROFESSIONAL CORPORATION

ALAN B. SNITZER

ABS:am
Enclosure
cc:  Mr. Vasken K. Gourdikian

# Felikian's Carpet One

626-255-5767

September 12, 2018

Dear Honorable Judge Stephen Wilson,

We have known Vasken Gourdikian for many years. We have always known him to be an incredibly loyal man. He worked hard for the city of Pasadena Police Department, he has been a wonderful father, husband and a dependable friend. We feel terrible about what happened and his lack of judgement in this matter. It's hard to explain to you the deep level of remorse that he has shown. Losing his career, bringing shame and humiliation to his family and disappointing those that have looked up to him, has been the hardest thing that he has ever had to endure.

Sending him to prison will not help anyone. It won't help his wife, who needs him by her side, it won't help his children who are a victim in this as much as anyone. It won't help the community, because he was never a danger to the community. Vasken Gourdikian can do more good by being forced to do thousands of hours of community service than he can by going to prison. He has the ability to reach people, he has the ability to touch lives. The Pasadena Police Department put him in charge of communication because he is a great communicator.

Please consider alternatives to prison. He is an excellent candidate for probation. He is an active, contributing member of society. He's a great guy that made a bad decision. Please don't make his family suffer any more than he already has.

Your Honor, I am confident that he would never violate probation. My family and I have been doing business in the Pasadena community for almost 50 years. My reputation means everything to me and I give you my word that I would report any violations that I saw or heard about to his probation officer, if probation were granted. Please give him a second chance, I am confident that he wouldn't disappoint you, his family or his community.

Thank you so much for your time and consideration.

Sincerely

Greg Felikian

President-Felikian's Carpet One



ST. FRANCIS HIGH SCHOOL
Est. 1946

Office of the President

Capuchin Franciscan

September 23, 2018

The Honorable Judge Stephen Wilson
350 West 1st Street
Courtroom 10A, 10th Floor
Los Angeles, CA 90012

Your Honor,

My name is Tony Marti. I am a priest and the president of St. Francis High School in La Canada. I am writing this letter to ask you to please be merciful when you sentence Mr. Gourdikian in a few days.

I have known Mr. Gourdikian, his wife and two sons for the last five years. Their older son graduated from St. Francis High School last May and the younger son is a senior student this year. The Gourdikians have been very helpful to the school and we never had any problems with them.

I have read that Mr. Gourdikian has admitted the mistake he made and is accepting the consequences for his actions. I believe that he will begin a second career later on and will be a good citizen.  I am concerned not only about Mrs. Gourdikian, but also about the two boys especially the younger one. So, I ask you to please consider them and be lenient when you sentence Mr. Gourdikian.

Thank you so much for reading my letter and for your consideration.

Sincerely,

Fr. Tony Marti, OFM Cap
President

200 Foothill Boulevard, La Cañada Flintridge, CA 91011-3798 • (818) 790-0325 • (818) 790-5542 Fax
www.sfhs.net
A Catholic Tradition of Enriching the Mind and Heart Since 1946.

October 10th, 2018

The Honorable Judge Stephen Wilson

Your Honor,

My name is Hagop Giragossian. I have known Vasken Gourdikian for 30 years, and am proud to call him a dear friend. Growing up I always looked up to Vasken. Not only is he one of the kindest hearted and considerate people I know, he has always put the needs of others before his. It came as no surprise to me when Vasken devoted his life to public service. Being a police officer was his lifelong dream, and through hard work and devotion he turned that dream into an incredibly successful career with the Pasadena Police Department. I know that Vasken is deeply sorry for the mistakes he has made, but it saddens me none the less to see him go through this devastating process.

I am also the proud owner of multiple businesses in Pasadena. I was raised in Orange County, therefore opening restaurants in Pasadena was an unknown territory for me. Vasken helped me connect with the community and for that I will be forever grateful. He helped organize fundraisers with local charities, as well as involved us in the PAL (Police Activities League). One of my fondest moments was when we had opened our first restaurant and he helped organize a fundraiser with the American Red Cross for Tsunami victims in Indonesia. It was exactly this type of support and encouragement that has helped my partners and I grow from 1 restaurant in Pasadena, to a national chain. Till this day when Vasken sees me, he always tells me how proud he is of the accomplishments we have had in business, but I don't think he knows the impact he has had on that success.

Vasken is a humble man, who is deeply devoted to his family. He is a phenomenal husband, incredible father to his two boys, and a loving son and brother. He has made and nurtured strong relationships with the community of Pasadena as a whole. He has the support of many, which is indicative of the type of officer he has been throughout his career. His mistakes have been felt throughout the community, as well as the pain he has felt through this embarrassing ordeal.

Your Honor I believe the world, especially our great community of Pasadena, is better off having Vasken be a part of it. He and his family have suffered and continue to suffer as they wait patiently for your decision. He has recently started a new career in the private sector, which is allowing him to provide for his family. I only ask that you be lenient in his sentencing, so that he may continue to provide for his family. Vasken has learned from his mistakes, and will absolutely not let you, his family, and his community down again.

Respectfully,

Hagop Giragossian

Hagop@DogHaus.com

(818)633-8215

October 8th, 2018

The Honorable Judge Stephen Wilson

Your Honor,

My name is Quasim Riaz. I have owned and operated restaurants in Pasadena since 2005. I have known Vasken Gourdikian for 19 years. Over that period, he went from being a family acquaintance to a dear friend for whom I have a lot of respect for. On a personal level, my respect for him comes from the fact that he is a family man devoted to his wife and two sons. In the time that I've known him, he has never done or said anything that would make me question his integrity. My interactions with Vasken on a professional level are no different. Over the years, Vasken has reached out to me and my partners to urge us to be more involved in our community. He has been our point person for fundraisers benefitting local charities such as Five Acres (an orphanage that also focuses on the emotional and mental well-being of children) and PAL (Police Activities League).

Vasken and I have spoken about the charges he is facing. One of the things that saddened me most about this situation, is that he felt like he let a lot of people down. This is very telling of Vasken's character. With all he is facing, his concern was for others. He felt a sense of purpose in his career. Not having that has been very difficult for him over the past couple of years. I believe that Vasken had no intent to manipulate the system. He found a hobby in collecting guns. I can relate to him as I am a collector of rare beers and whiskeys, which I have access to being in the restaurant business.

Vasken is a man of character and principle. He is the type of person every Police Department would benefit from having. He strove to make the community in which he lived and worked, better. I know that this incident has not changed how I, my family, or my colleagues view him.

Your Honor, I have watched Vasken climb to the highest levels of his organization as he was a proud police officer and proud member of the Pasadena community. Vasken has on many occasions admitted to his over indulgence and the price he has had to pay. This experience has impacted his career, his finances, and he has endured a great deal of public humiliation. Despite all of this, Vasken has turned a corner, remained focused and is providing for his wife and two sons as a productive member of society. He has found quality employment in the private sector and as such is able to keep his oldest son in college and make sure his youngest will have the same opportunity next year.

Therefore, Your Honor, I humbly ask you to be lenient with Vasken's sentencing this coming February. He has paid a hefty price and learned a valuable lesson. Any additional punishment in the form of incarceration by the court will negatively impact his ability to keep his family intact.

Thank you for your consideration in this matter. I believe that Vasken Gourdikian will not disappoint you should you grant him leniency. Please feel free to contact me any time should you need further information.

Respectfully,

Quasim Riaz
quasimriaz@gmail.com
(818)633-8340

The Honorable Judge Stephen Wilson:
350 West 1st Street
Courtroom10A 10th Floor
Los Angeles Ca. 90012

My name is Malcolm Harwood. My wife Virginia and I live at 624 Camillo St. ,Sierra Madre, Ca.

We are writing to you on behalf of Vasken Gourdikian. We live directly across the street from he and his family. We have resided here for 39 years and he has been living there over 20 years.

Since the Gourdikians moved in they have raised two boys that I believe to be about 18 years old. Very well behaved.
We have played golf with Vosken and gotten to know him pretty well through the years. That's why its hard to believe he could have any kind of problem with the law. He is well liked and respected by the whole neighborhood and is a member of our neighborhood watch program.

We have seen articles in the newspaper that we feel border on harassment by the media. One morning watching the news on TV we were shocked to see a picture of the front of his home apparently taken from our front yard. We have seen many news people hanging around out in front.

He is a good man and we are hoping you can see your way clear to show him compassionate consideration.

Respectfully,

*M.T. Harwood*
*V. Harwood*