NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ELISA FERNANDEZ (Cal. Bar No. 172004)
JENNIFER CHOU (Cal Bar No. 238142)
Assistant United States Attorneys
Public Corruption & Civil Rights Section/
Violent & Organized Crime Section
    1500/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7383/6482
    Facsimile: (213) 894-8601/1373
    E-mail:    elisa.fernandez@usdoj.gov
                 jennifer.chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 18-104-SVW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| VASKEN KENNETH GOURDIKIAN, | **CURRENT HEARING DATE: 2-13-19**<br>**CURRENT HEARING TIME: 11:00 A.M.** |
| Defendant. | **PROPOSED HEARING DATE: 2-25-19**<br>**PROPOSED HEARING TIME: 11:00 A.M.** |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jennifer Y. Chou and Elisa Fernandez, and defendant Vasken Kenneth Gourdikian ("defendant"), by and through his counsel of record, Mark Werksman, hereby stipulate as follows:

1. On September 20, 2018, defendant pleaded guilty to counts one and three of the indictment in the above-captioned case. On that date, the Court set a sentencing date of February 4, 2019.

2. On January 31, 2019, the Court moved the sentencing date to February 11, 2019.

3. On February 5, 2019, the Court moved the sentencing date to February 13, 2019, at 11:00 a.m. However, government counsel has a conflict on this date, and all parties have agreed to seek a continuance to another date, namely, February 25, 2019.

4. The Presentence Report was disclosed to the parties on December 21, 2019. The government filed its sentencing position on January 20, 2019. Defendant filed his sentencing position on January 18, 2019. The government filed its response to defendant's sentencing position on January 29, 2019. Defendant filed his response to the government's sentencing position on February 5, 2019.

//
//
//

     5.   By this stipulation, the parties jointly move to continue the sentencing date to February 25, 2019, at 11:00 a.m.  That is the first Monday after the current sentencing date that all parties' counsel are available.

     IT IS SO STIPULATED.

Dated: February 7, 2019          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 LAWRENCE S. MIDDLETON
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                    /s/
                                 JENNIFER CHOU
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: February 7, 2019           /s/ - via e-mail authorization
                                 MARK WERKSMAN
                                 Attorney for Defendant
                                 VASKEN KENNETH GOURDIKIAN