# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.  2:18-cr-00104-SVW | Date  February 25, 2019 |

Present: The Honorable  **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Sheri Kleeger | Jennifer Y. Cho/Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Vasken Kenneth Gourdikian | ☐ | X | Mark J. Werksman | X | ☐ | ☐ | N/A |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT HEARING   ☐ Contested   X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

**X** Imprisonment for  12 months & 1 day  on each of counts  1 and 3 to run concurrently
   Count(s) _____ concurrent/consecutive to count(s) _____
   Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

**X** 1 year Supervised Release imposed on count(s)  1 and 3 to run concurrently
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   **X** Pay  $10,000  fine amounts & times determined by P/O.
   ___ Make $ _____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

**X** Pay  $100  per count, special assessment to the United States for a total of  $200
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
**X** Bond exonerated   **X** upon surrender   ___ upon service of _____
**X** Execution of sentence is stayed until 12 noon,  June 3, 2019
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   Appeal bond set at  $ _____
**X** Filed and distributed judgment. ENTERED.
___ Other

: 36

Initials of Deputy Clerk   PMC

cc: