

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:      Chief Deputy/Fiscal

**Re:     Verification of Surrender to Bureau of Prisons or Report to United States Probation**

   Case Number: __2:18−cr−00104−SVW__

   Defendant's Name: __Vasken Kenneth Gourdikian__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __6/3/2019__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __6/7/2019__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

  __June 7, 2019__                          By _____/s/ *Margo Mead*_____
  Date                                          Deputy Clerk

CR−86 (11/08)                        VERIFICATION OF SURRENDER